**BEFORE THE DE JURE**
**DISTRICT COURT OF THE UNITED STATES OF AMERICA**
**EXCLUSIVE EQUITY**
**[pursuant to Art. ill, Section 1-2, C.U.S.A.]**

**In the Southern District of Ohio**
**[Art. 1, § 2, Clause. l, Art. .t, § 4, and Title 13usc, Ch 5©]**
**Western Division**

RECEIVED

NOV 1 0 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**Complainant:**
**Dessalines Sealy**
Private Citizen of the United States
Beneficiary

VS.

**MICHAEL BARRETT / JUDGE/TRUSTEE**
**EBUNOLUWA A. TAIWO /PROSECUTOR/TRUSTEE**
**RICHARD W. NAGEL/CLERK/TRUSTEE**

1:22CV651.

JUDGE McFARLAND

MAGISTRATE JUDGE BOWMAN

**COMPLAINT**

1. **Parties to the action:**

   Plaintiff:

   **DESSALINES SEALY** (Private Business Trust)
   c/o 170 Vernon Avenue, Suite 1
   Brooklyn, New York [11206]
   (718) 569-7425

   Defendant(s):

| **MICHAEL BARRETT** | **EBUNOLUWA A. TAIWO** | **Richard W. Nagel** |
|---|---|---|
| 100 East Fifth Street | U.S. Attorney's Office for the Southern | Office of the Clerk |
| Suite 239 | District of Ohio | Potter Stewart U.S. |
| Cincinnati, Ohio 45202 | 221 E. Fourth Street, Suite 400 | Courthouse |
| | Cincinnati, Ohio 45202 | Room 103 |
| | | 100 East Fifth Street |
| | | Cincinnati, Ohio 45202 |

1

2. Subject Matter Jurisdiction
    a. An equitable right under an implied trust, constructive trust, resulting trust and mortgage in which my private property, and trust property was violated and seized illegally.
    b. **The "saving to suitors" clause** — The substituted language is simpler and more expressive of the original intent of Congress and is in conformity with Rule 2 of the Federal Rules of Civil Procedure abolishing the distinction between law and equity.
    c. **EXCLUSIVE EQUITY** for Private Citizens and Private Trust

3. Statement of Claim

My statement of claim against all three defendants are that they disregarded my private property rights. Each defendant acquiesced to written constructive trust that they did not rebut.

I Tendered a payment to the case 1:19-CR-00024-MRB  and I appointed Michael Barrett and Ebunoluwa Taiwo as Trustees in separate implied agreements.  They failed to perform their duties making me the beneficiary of the case 1:19-CR-00024-MRB.

I provided on the record my private citizen status and that statues, codes and ordinances don't apply to me in affidavits within the case 1:19-CR-00024-MRB

PLEASE SEE THE FOLLOWING BILLS TO GET DEFINITIVE CLARITY ON MY STATEMENT OF CLAIM. They are attached as:

1. Notice of Conflicts and Variance Special Petition to Proceed Ex Parte, In Camera hearing – 10 Pages & Attachments.
2. Bill to Adjoin and Abate Another Case – 7 pages

**I reserve the right to amend this complaint.**

**EQUITABLE ESTATE.** An equitable estate is a right or interest in land, which, not having the properties of a legal estate, but being merely a right of which courts of equity will take notice, requires the aid of such court to make it available.

These estates consist of uses, trusts, and powers. See 2 Bouv. Inst. n. 1884. Vide **Cestui que trust; Cestui que use.**

**CESTUI QUE TRUST,** A barbarous phrase, to signify the beneficiary of an **estate held in trust.** He for whose benefit another person is enfeoffed or seized of land or tenements or is possessed of personal property. The cestui que trust is entitled to receive the rents and profits of the land; **he may direct such conveyances, consistent with the trust, deed or will,** as he shall choose, and the trustee (q.v.) is bound to execute them: **he may defend his title in the name of the trustee.** 1 Cruise, Dig. tit. 12, c. 4, s. 4; vide Vin. Ab. Trust, U, W, X, and Y 1 Vern. 14; Dane's Ab. Index, h.t.: 1 Story, Eq. Jur. Sec. 321, note 1; Bouv. Inst. Index, h.t.

**CORPUS JURIS SECUNDUM**

2

CJS 90 Trusts Section 454 (b) Equity Jurisdiction: The law is well settled that a court of equity has jurisdiction of all questions relative to the establishment, enforcement, and protection and preservation of a trust on real or personal property, especially where the rights or interests of minors are involved. While it has been said that the trusts which equity enforces are mainly private trusts arising from **contracts express or implied, all trusts are within equity's jurisdiction**, whether express or implied, and irrespective of whether **they are either direct or constructive, created by the parties or resulting by operation of law**. The existence of fraud is not required to confer jurisdiction on an equity court when the circumstances are such as to require its intervention. It has been declared that it is ordinarily on the trust rather than on the trustee as an individual that a **court of equity acquires jurisdiction to enforce a trust**.

CJS book 90a – In addition to their general and inherent jurisdiction over trusts and actions to establish and enforce them, courts of equity have the right to exercise a supervisory control over trustees and their jurisdiction is generally deemed to be exclusive and not to be vested in probate or county courts, unless jurisdiction has been conferred on such courts by a statute. The power exists solely for the protection of the rights of the grantor who created the trust and of the rights of the beneficiaries of the trust. **There is no public interest in the matter where the parties to the instrument are purely private parties. The power is part of the court's general administrative power in connection with its trust creations and is usually exercised IN CHAMBERS.**

4. Previous Cases:

1:19-CR-00024-MRB  United States of America/Ebunoluwa A. Taiwo/prosecutor vs. Dessalines Sealy

5. Relief to Granted

**Demand to Show Cause**

Therefore, with the above affirmation of facts given above, I Dessalines Sealy, respectfully demand that this court, acting in good faith, with clean hands and due diligence **show cause** to the contrary by express, written, and sworn documentation and affidavit that the above is untrue point for point, within **3 days of receipt of this Notice** Failure to show cause shall be construed as the courts agreement, consent and acquiescence to the facts herein, the status and standing of the Affiant/Complainant to this equitable cause.

# Prayer For Process

I, Dessalines Sealy, pray that I can do a private in a camera hearing with the Honorable Court for all of the proceeding via zoom or GoTo Meeting application. I am a National Residing in New York, and the jurisdiction of the court and case is in Ohio. It would be easier, faster, and more convenient to seek relief since there is a distance issue. My phone number is (718) 569-7425 and my email address is stardess@gmail.com.

# Prayer For Relief

"And He will judge the world in righteousness; He will execute judgment for the peoples with equity." Psalm 9:8

*"Let my judgment come forth from Your presence; let your eyes look with equity." — Psalm 17:2 (NASB)*

I. That upon the hearing of this cause this Honorable Court will enter a decree for **Temporary Injunction** against the At Law proceedings case no. <u>1:19-CR-00024-MRB</u> to prevent any further injury or irreparable harm due to the trespass of your petitioner **Trust Property and or Private Property** described in **"Affidavit of Truth of this Bill"** and the attached <u>**"Bill to Adjoin and Abate Another Case"**</u> declaring petitioner to be the owner of equitable estate held in Trust for Dessalines Sealy.

II. That by said decree of this Honorable against defendant for **Equitable Estoppels** and **Ejectment of Equitable Title** for fraudulent claims against petitioner's equitable title in private trusts arising from contracts express or implied, as there is no public interest in the matter where the parties to the instrument are purely private parties.

III. That by the decree of this Honorable Court as against all defendants named in this Bill of Complaint petitioner be declared the rightful owner of the legal estate as exclusive titleholder of all Equitable property and interest in private trusts arising from contracts express or implied, irrespective of whether they are either direct or constructive, created by the parties or resulting by operation of law described in <u>**"Bill to Adjoin and Abate Another Case"**</u>.

**WHEREFORE** your petitioner prays that this Honorable Court as against all defendants an order of the court be made, **Equitably Estopped, Ejectment of Equitable Title. Permanent Injunction, Writ of Prohibition** to prevent defendants from asserting any further false claim, to issue an Order declaring Petitioner the rightful owner of the legal estate and all other Equitable property and interest in private trusts arising from contracts express or implied, irrespective of whether they are either direct or constructive, created by the parties or resulting by operation of law as exclusive titleholder of all Equitable property and interest in private trusts, and for any and all other **equitable relief** that this Honorable Court may deem necessary.

**Further Affiant Sayeth Naught.**

4

Respectfully submitted,

I, Dessalines Sealy, the natural man described herein, solemnly swear and affirm under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of my knowledge and ability, Witness my hand and seal on this

_8th_ day of _November_ , 2022

_Dessalines Sealy_
Dessalines: Sealy
*De Char Et De Sank, in esse and sui juris*
Private Citizen of the United States of America; American National
Private Citizen of New York
Special and Private Resident of the Kings County of Equity
Grantee/Grantor/Settlor of Private Business Trust
"DESSALINES SEALY"
Agent for Private Business Trust "DESSALINES SEALY"
All Rights Reserved Without Prejudice


_Rhonda A Lamb_
First Witness (sign)
_Rhonda A. Lamb_
First Witness (print)

Date _November 8, 2022_


_Amir Sealy_
Second Witness (sign)
_Amir Sealy_
Second Witness (print)

Date _November 8, 2022_



RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO
NOV - 7 2022
RECEIVED

**BEFORE THE DE JURE**
**DISTRICT COURT OF THE UNITED STATES OF AMERICA**
**EXCLUSIVE EQUITY**
**[pursuant to Art. ill, Section 1-2, C.U.S.A.]**

**In the Southern District of Ohio**
**[Art. 1, § 2, Clause. l, Art. .t, § 4, and Title 13usc, Ch 5©]**
**Western Division**

SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**Complainant:**
**Dessalines Sealy**
Private Citizen of the United States
Beneficiary

DESSALINES SEALY (Private Business Trust)
c/o 170 Vernon Avenue, Suite 1
Brooklyn, New York [11206]
(718) 569-7425

Service by and Respond to:
c/o DESSALINE SEALY (Private Business Trust)
170 Vernon Avenue
Brooklyn, New York [11206]

**Defendants:**
**MICHAEL BARRETT / JUDGE/TRUSTEE**

**EBUNOLUWA A. TAIWO /PROSECUTOR/TRUSTEE**

**RICHARD W. NAGEL/CLERK/TRUSTEE**

**Notice of Conflicts and Variance Special**
**Petition to Proceed Ex Parte, In Camera**
**hearing**
**(In Re: attached Bill in Equity)**

No. _____

To the Clerk of Court-
In Camera- Restricted
c/o  United States District Court of the
Southern District of Ohio
Potter Stewart Court]
100 East Fifth Street – Room 103
Cincinnati, Ohio 45202
Restricted Certified Mail

No. _____

**Private, Special, Privileged & Confidential**
**Excluding the Public and Press**
**Special Term, Not General, Non-Statutory,**
**Without FRCP**

| **MICHAEL BARRETT** | **EBUNOLUWA A. TAIWO** | **Richard W. Nagel** |
|---|---|---|
| 100 East Fifth Street | U.S. Attorney's Office for the Southern | Office of the Clerk |
| Cincinnati, Ohio 45202 | District of Ohio | Potter Stewart U.S. |
| | 221 E. Fourth Street, Suite 400 | Courthouse |
| | Cincinnati, Ohio 45202 | Room 103 |
| | | 100 East Fifth Street |
| | | Cincinnati, Ohio 45202 |

**Notice of Conflicts and Variance Demand to exclude Public and Press, and**
**Proceed Ex Parte, In Camera hearing, DEMAND TO SHOW CAUSE**

**To:** Judge _____ assigned to this proceeding, I move the court to restrain the public to exclude and press, to proceed "Ex Parte" to hear my special private equitable cause as a private citizen of the United States; and the support supply the following affidavit and exhibits:

## Affidavit of Truth

I, Dessalines Sealy, a living breathing being, sui juris, "not" pro se, the complainant of the this special cause, comes not by way of special restricted ministerial visitation, not in special or general appearance, a "friend" of the court and affiant herein, affirm that the statements in this affidavit of "Notice of Conflict and Variance of Law/Demand to Show Cause" are true of my own first hand personal knowledge, except as the matters therein to be on the information and belief, and these matters I believe to be true:

1. I am making a special restricted ministerial visitation, in personam of the age of majority and competent to testify on my own behalf;

2. **JUDICATURE ACT OF 1873** - The Judicature Act of 1873 says "When there is a conflict between rules of law and the rules of equity, the rules of equity shall prevail. The conflict that Dessalines Sealy has with the criminal case number **1:19-cr-00024-MRB** the proceeding violates the TRUST and PROPERTY RIGHTS of Dessalines Sealy.

3. I am a Private Citizen and I am praying for relief of a PERMANENT INJUNCTION from the criminal case **1:19-cr-00024-MRB** because of the conflict with at law and equity as stated in **HENRY R. GIBSON's – EXCERPTS OF A TREATISE SUITS IN CHANCERY - § 56 – To Protect and Enforce Rights to Property the Object of Suits in Chancery** - The term "property," as used in this section included everything that is the subject of **exclusive individual ownership;** or, to be more specific, included not only lands, houses, goods, and chattels, rights and credits, but, **ALSO, A MAN'S PERSON,** and his wife and minor children, AND HIS RIGHT TO WORK, and to see and acquire property, and engage in any lawful business, and his and their **reputation,** health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal.

   As men live by their labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of another he should pay or account thereof, **unless he can prove it was a gift;** and so, whatever injury one person does to another's property or capacity to labor should be made good.

   To declare and define the rights of property, and regulate its tenure, possession, enjoyment and transfer, is the business of the Legislature; and to protect and enforce those rights, compel atonement for their violation, and conform the tenure, possession, enjoyment and transfer of property to the requirements of law and Equity, so that each person may have his own, and no person have what is another's, is the business of the Courts.

   Questions involving partisan politics, denominational religion, ecclesiastical controversies, scientific theories, mere breaches of more rectitude and **VIOLATIONS OF CRIMINAL LAW HAVE**

**NO JURISDICTION OF THEM, UNLESS THEY INVOLVE RIGHTS OF PROPERTY,** and then only as to such rights.

4. I am a private "Citizen of the United States of America" whose "federal" citizenship status has been secured by Article II, Section I, Clause 5; Article II, Section 3, Clause 5; and Article IV, Section 2 of the Constitution of the United States of America and made "national" by Section I of the Fourteenth Amendment to the Constitution of the United States of America. I am a private beneficially interested Citizen of the United States in this matter, privately residing and privately domiciling with the State of New York for most of my life.

5. The following affidavits are evidence of Dessalines Sealy having ownership to his own body. All the affidavits were filed into a county recorder office on the 2nd of April, 2019.

   a. EXHIBIT A – **AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE** – 5 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153744561, **Vol: MISC Book; 105, Page: 365 by James Cooper, Judge of Probate**

   b. EXHIBIT B –**MEMORANDUM. OF LAW IN SUPPORT OF AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE & EXECUTOR LETTER**- 5 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153638127, **Vol: MISC Book; 105, Page: 363 by James Cooper, Judge of Probate**

   c. EXHIBIT: C— **AFFIDAVIT OF DECLARATION OF NON-U.S. CITIZEN & DECLARATION OF FOREIGN NEUTRAL IN ITINERE STATUS** – 5 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153691344, **Vol: MISC Book; 105, Page: 364 by James Cooper, Judge of Probate**

   d. EXHIBIT: D— **AFFIDAVIT OF DECLARATION OF THE AGE OF MAJORITY AND CLAIM OF OWNERSHIP OF CERTIFICATE OF TITLE WITH ATTACHED BIRTH CERTIFICATE** – 4 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153957429, **Vol: MISC Book; 105, Page: 369 by James Cooper, Judge of Probate**

   e. EXHIBIT: E- **CERTIFICATE OF PROOF OF LIFE** - 3 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153850995, **Vol: MISC Book; 105, Page: 367 by James Cooper, Judge of Probate**

   f. EXHIBIT: F – **SWORN OATH** - 3 Pages - to age of majority and in full life - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153797778, **Vol: MISC Book; 105, Page: 366 by James Cooper, Judge of Probate**

6. I am the primary complainant seeking equitable relief under the jurisdiction of exclusive equity jurisprudence protected under The Constitution of the United States of America, Maxims of Equity, and equity jurisprudence;

7. I am not a volunteer to the subject matter property of my complaint;

8. I am not subject to the public martial due process of law. See Exhibits A & C

9. I am not subject to the TWEA, Trading with the Enemy Act of March 9, 1933, nor to your Emergency Banking Relief Act and nor to your Emergency War Power Act, (Proclamation 2040) now both of which are carried forward as your 12 U.S.C. 95b and your 50 U.S.C.

10. I am not a quasi-corporate, Public "U.S. citizen" in interstate and foreign commerce. For said Public "U.S. Citizen (having once held original, de jure citizenship status conferred by Section 1

3

of the 14the Amendment to the Constitution of the United States of America on the day of his natural birth) holds an inferior grade citizenship status through an implied surety/commercial contract created by operation of law upon its filing with a third party record keeper/public office in the state of its surety's natural birth. Exhibits A & C

11. I am neither the surety for property of, nor a defacto, conquered "person within the United States" defined by your "Emergency Banking and Relief Act" (12 USC 95a) and ruled by the de facto Emergency War Powers military government of the Untied States; therefore, Affiant is neither a de facto "belligerent" not a de facto "conquered territory" by the de facto emergency war powers military government of the United States imposed by President Franklin D. Roosevelt on March 9, 1933, via Proclamation 2040 "approved and confirmed" by Congress on that very same day, March 9, 1933" (12 USB 95a);

12. My cause of action is purely equitable and not cognizable at law – much less at martial due process – and rely exclusively on the recognition and enforcement of purely equitable rights;

13. I do not rely on legal nature Statues and Codes but the essential soul, spirit, warp and woof of the Maxims of Equity (Box v. Tanier 4 Cates, 409, Beard, Ch. J., Kent's Com., 553);

14. I am generally Constitutionally entitled to a jury of my peers, however, I am jurisdictionally prohibited from jury trial of my peers unless the peers are all certifiably private citizens of the United States as Affiant; and state that my equitable cause is complex accounting, and when a jury trial is not suitable for the subject matter a court of equity shall take jurisdiction;

15. Under the doctrine of election, I seek to trace the assets of the trust and restore the trust, and does not seek to hold the trustee personally liable (Maxim of Equity: "No trust shall fail for want of trustee");

16. I require exclusive equity to where the exercise of the power to adjudicate upon, maintain, enforce, or protect purely equitable primary rights, interest, or estates does not at all depend upon any insufficiency or inadequacy of legal methods and remedies, but solely upon the fact that these primary rights, interests, or estates are wholly equitable, are not recognized by the law nor cognizable by the courts of law, and there is therefore no other mode of maintaining and enforcing them except by the courts of equity. Wherever the complaining party has purely equitable rights, interest, or estates according to the doctrines and principles of the equity jurisprudence, courts having equitable powers do and must exercise their exclusive jurisdiction over the case, entirely irrespective of the adequacy or inadequacy of legal remedies, for the plain and sufficient reason that litigant party cannot possibly obtain any legal remedies under the circumstances; the courts of law do not recognize his rights, and cannot adjudicate upon nor protect his interests and estates" (Pom. Eq. Juris. §119);

17. I state that "The exclusive equity jurisprudence is not ousted by statue or else by any express terms or clear and necessary implication. Equitable jurisdiction once having attached to a case, will be maintained for the final adjudication of all rights involved (Charles Phelps "Jurid. Eq." §268);

18. "In all matters in which there is any conflict or variance between the rules of Equity and the rules of the common law, with reference to the same matter, the rules of Equity shall prevail."

"And this in England the triumph of thee righteous principles of Equity over the rules of the common law is complete, and, no doubt, final" (Gibson Suits in Chancery §9; 21, §68; Pom. Eq. Juris. §12; 124, Biph. Pr. Eq. §1; 11)."

19. Due to my strict reliance on the proper and complete good faith treatment of fiduciaries in the absence of a guardian/ward relation Affiant is wholly without adequate remedy at-Law—even without the public martial process and thus has an inherit conflict with the rules at-Law pre 1933: "Generally, in all matters in which there is any conflict between the rules of equity and the rules of the common law with reference to the same matter, the rules of equity shall prevail" (Judicature Act 1873):
    a. FLANIGUN v. SABLE, 44-417, 46; 854, Supreme Court of Minnesota
    b. RUDISILL v. WHITENER, 146 N.C. 403 (1907), Supreme Court of North Carolina
    c. STATE EX REL. KNOX v. SPEAKES ET AL, 144 Miss. 125 (1926), Supreme Court of Mississippi
    d. EX PARTE SEDILLO, 34 N.M. 98 (1929, Supreme Court of New Mexico
    e. Your TRANS. FREIGHT LINES V. QUIMBY, 381 Mich. 149 (1968), Supreme Court of Michigan
    f. Your ELLIS v. ESTATE OF ELLIS, 2007 UT 77, Supreme Court of Utah

20. The modern merged legal system known as "concurrent jurisdiction" or "one civil action" is in conflict with my right to distinct separate mode and jurisdiction of Equity under The Constitution of The United States of America;

21. The Supreme Court [states] that section two of Article III of the Constitution prohibits the combining of legal and equitable procedure and remedies in the Federal courts. (1926 Annotated Federal Equity Rules). Judge Sanborn, of the Eight Circuit, has said: "The union of legal and equitable causes of action in one suit prohibited by §913, Revised Statutes (United States Comp. St., 1901, p. 683), and in removal cases, when such a union is permitted in the state courts from which they come, the causes of action must be separated into distinct actions at law and suits in equity in the national courts."

22. My equitable estates, interest, and primary rights, and all the principles, doctrines, and rules of the equity jurisprudence by which they are defined, determined, and regulated, remain absolutely untouched, in their full force and extent, as much as though a separate court of chancery were still preserved." (Pomeroy §357 Eq. Juris.);

23. I, Dessalines Sealy am a beneficially interested Private Citizen in Equity as outlined In Henry Gibson's Treaties Suits in Chancery § 57. Equity Regards the Beneficiary as the Real Owner. – In a court of law in case of an express trust, the beneficiary is not recognized, and has no rights the trustee is bound to respect. On the face of the deed the legal title is in the trustee, and the Courts of law will look no further, and will hear no proof on behalf of the beneficiary. Indeed, if the beneficiary is in possession the trustee can eject him by suit in a Court of law. In short, in the eye of the law of beneficiary is not known.

But in Equity, where the intent of the grantor and no the form of the grant prevails, the beneficiary is regarded as the real owner; and the trustee is considered as a mere manager of the trust property for the benefit of the beneficiary, and liable to the beneficiary for any and

5

every breach of the trust. **If the trustee fails to do his duty, the Chancery Court will remove him, on proper application.**

And all this is true not only of trust created by wills, deed or other instruments in writing, **but is also true of trust created by law.** Thus every administrator, executor, and guardian and, to a less extent, every Court Clerk, Receiver, Sheriff, County Trustee or other public officer entrusted with the money of others, by the law, and especially where he has given bond to secure those entitled, is liable to be called by the beneficiary's to account in Chancery; and, in all such cases, the Court regards the beneficiary as he real owner of the property, although the legal title is in the officer having it in possession.

But while the Chancery Court regards the beneficiary as the real owner in order more fully to guard his interest and assert his rights, it, also, regards him the real owner as to his liabilities, and, except in cases where the trust is declared by a will or deed duly registered, will subject his interest in trust property to the satisfaction of his debts, on a proper bill filed for that purpose, as hereafter shown. In dealing with the beneficiary's interest in the trust property Equity follows the law, and treats such property as descendible, devisable and alienable.

In all cases of trust, including trust deed, assignments for the benefit of creditors, and even constructive and resulting trust, the Chancery Courts are ever ready to lend a helping hand to the beneficiary as against him who holds legal title.

24. I am a beneficially interested private Citizen in relation to certain special property including but limited to a) the Posterity of the Preamble of The Constitution of The United States of America, b) "Trading with the Enemy" Act a spendthrift trust established by Woodrow Wilson, President of the United States of America on October 6, 1917, c) the special estate trust DESSALINES SEALY, a special estate unincorporated business trust created by the State of Delaware on May 18, 1982; hereinafter "Trusts";

25. I am required to do equity and thus requires this suit to exclude the pubic and the press in order to protect the complainant, the court officers and the trustees from censorship clause in 1917 TWEA; also, due to the purely equitable nature of Affiant's rights require the public and press to be excluded during the entirety of the proceeding;

26. I hold all beneficial rights by nature in said Trust under Natural law and relies heavily on the doctrines of equity jurisprudence to administer substantial justice which is preserved in the ancient English system we inherited and is almost unaffected by modern legal reform (Pomeroy §124 Eq. Juris.);

27. My *cestue que* <u>rights of the Trust is purely an equitable one, of which law courts refuse to make cognizable (Pom. Eq. Jur. §219). Equity's first and foremost maxim "equity regards done that which ought to have been done.</u> (2 Pomeroy's Equity Jurisprudence [5the ed], §364, pp 10-12);

28. I am without actual or constructive notice of equal equities in the same subject matter referenced herein where if "there is equal equity the law must prevail" (Gibson Suits in Chancery §73);

29. Therefore, my governing laws and the laws governing the special relation between the parties is Equity protected by Article III, §2, subdivision 1, of the Constitution of the United State of

6

America, "The judicial power shall extend to all cases of law and equity arising under this Constitution, the laws of the United States, and treaties made or which shall be made under their authority" and Maxims of Equity:

- Equity acts upon the person
- Equity will not suffer a wrong without a remedy
- Equity imputes an intention to fulfill and obligation
- Equity acts specifically, and not by way of compensation.
- Equity regards that as done which ought to have been done.
- Equity requires him who seeks equity must do equity
- Equity regards the beneficiary as the true owner
- Equity delights to do complete justice, and not by halves.
- Equity acts for those disabled to act for themselves
- Equity looks to the intent rather that to the form.
- Equity delights in equality.
- Equity requires diligence, clean hands, and good faith.
- Equity will not aid a volunteer.
- Equity will not perfect an imperfect gift.
- Equity follows the laws
- Equity will not allow a trust to fail for want of a trustee

30. I am without notice, cause evidence or proof that there is a superior legal cause by nature excludes Affiant from a court of equity under the rules of Chancery while without the public and without martial due process, and I believe no such evidence exist;

31. I believe the Defendants(s) are public citizens and public person, rebels and enemy belligerents under the War Powers Government, and I do not see any evidence of that they are private citizens of the United States, which serves as prima facie evidence of their inability to access or be seen in a court sitting in pure, inherent, exclusive Equity and therefore I require the court proceedings to be "Ex Parte" without the other parties due to conflict of jurisdictional matter involving Your Trading with the Enemy Act, its Censorship clauses therein, and your Emergency Banking Relief Act where Respondents have presented zero evidence to suggest they are of the same equitable and friendly status as I have, and I believe that no evidence exists that they are not enemy belligerents;

## Demand to Show Cause

Therefore, with the above affirmation of facts given above, I Dessalines Sealy, respectfully demand that this court, acting in good faith, with clean hands and due diligence **show cause** to the contrary by express, written, and sworn documentation and affidavit that the above is untrue point for point, within **3 days of receipt of this Notice** Failure to show cause shall be construed as the courts agreement, consent and acquiescence to the facts herein, the status and standing of the Affiant/Complainant to this equitable cause.

**EQUITABLE ESTATE.** An equitable estate is a right or interest in land, which, not having the properties of a legal estate, but being merely a right of which courts of equity will take notice, requires the aid of such court to make it available.

2. These estates consist of uses, trusts, and powers. See 2 Bouv. Inst. n. 1884. Vide **Cestui que trust; C estui que use.**

**CESTUI QUE TRUST,** A barbarous phrase, to signify the beneficiary of an **estate held in trust**. He for whose benefit another person is enfeoffed or seized of land or tenements or is possessed of personal property. The cestui que trust is entitled to receive the rents and profits of the land; **he may direct such conveyances, consistent with the trust, deed or will,** as he shall choose, and the trustee (q.v.) is bound to execute them: **he may defend his title in the name of the trustee.** 1 Cruise, Dig. tit. 12, c. 4, s. 4; vide Vin. Ab. Trust, U, W, X, and Y 1 Vern. 14; Dane's Ab. Index, h.t.: 1 Story, Eq. Jur. Sec. 321, note 1; Bouv. Inst. Index, h.t.

**CORPUS JURIS SECUNDUM**

**CJS 90 Trusts Section 454 (b)** Equity Jurisdiction: The law is well settled that a court of equity has jurisdiction of all questions relative to the establishment, enforcement, and protection and preservation of a trust on real or personal property, especially where the rights or interests of minors are involved. While it has been said that the trusts which equity enforces are mainly private trusts arising from **contracts express or implied, all trusts are within equity's jurisdiction,** whether express or implied, and irrespective of whether **they are either direct or constructive, created by the parties or resulting by operation of law.** The existence of fraud is not required to confer jurisdiction on an equity court when the circumstances are such as to require its intervention. It has been declared that it is ordinarily on the trust rather than on the trustee as an individual that a **court of equity acquires jurisdiction to enforce a trust.**

**CJS book 90a --** In addition to their general and inherent jurisdiction over trusts and actions to establish and enforce them, courts of equity have the right to exercise a supervisory control over trustees and their jurisdiction is generally deemed to be exclusive and not to be vested in probate or county courts, unless jurisdiction has been conferred on such courts by a statute. The power exists solely for the protection of the rights of the grantor who created the trust and of the rights of the beneficiaries of the trust. **There is no public interest in the matter where the parties to the instrument are purely private parties. The power is part of the court's general administrative power in connection with its trust creations and is usually exercised IN CHAMBERS.**

## Prayer For Process

I, Dessalines Sealy, pray that I can do a private in a camera hearing with the Honorable Court for all of the proceeding via zoom or GoTo Meeting application. I am a National Residing in New York, and the jurisdiction of the court and case is in Ohio. It would be easier, faster and more convenient to seek relief since there is a distance issue. My phone number is (718) 569-7425 and my email address is stardess@gmail.com.

# Prayer For Relief

"And He will judge the world in righteousness; He will execute judgment for the peoples with equity." Psalm 9:8

*"Let my judgment come forth from Your presence; let your eyes look with equity." — Psalm 17:2 (NASB)*

I. That upon the hearing of this cause this Honorable Court will enter a decree for **Temporary Injunction** against the At Law proceedings to prevent any further injury or irreparable harm due to the trespass of your petitioner **Trust Property and or Private Property** described in **"Affidavit of Truth of this Bill"** and the attached **"Bill to Adjoin and Abate Another Case"** declaring petitioner to be the owner of equitable estate held in Trust for Dessalines Sealy.

II. That by said decree of this Honorable against defendant for **Equitable Estoppels** and **Ejectment of Equitable Title** for fraudulent claims against petitioner's equitable title in private trusts arising from contracts express or implied, as there is no public interest in the matter where the parties to the instrument are purely private parties.

III. That by the decree of this Honorable Court as against all defendants named in this Bill of Complaint petitioner be declared the rightful owner of the legal estate as exclusive titleholder of all Equitable property and interest in private trusts arising from contracts express or implied, irrespective of whether they are either direct or constructive, created by the parties or resulting by operation of law described in **"Bill to Adjoin and Abate Another Case"**.

**WHEREFORE** your petitioner prays that this Honorable Court as against all defendants an order of the court be made, **Equitably Estopped, Ejectment of Equitable Title. Permanent Injunction, Writ of Prohibition** to prevent defendants from asserting any further false claim, to issue an Order declaring Petitioner the rightful owner of the legal estate and all other Equitable property and interest in private trusts arising from contracts express or implied, irrespective of whether they are either direct or constructive, created by the parties or resulting by operation of law as exclusive titleholder of all Equitable property and interest in private trusts, and for any and all other **equitable relief** that this Honorable Court may deem necessary.

**Further Affiant Sayeth Naught.**

9

Respectfully submitted,

I, Dessalines Sealy, the natural man described herein, solemnly swear and affirm under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of my knowledge and ability, Witness my hand and seal on this
_____ day of _November_____, 2022

Dessalines: Sealy
*De Char Et De Sank, in esse and sui juris*
**Private Citizen of the United States of America; American National**
**Private Citizen of New York**
**Special and Private Resident of the Kings County of Equity**
**Grantee/Grantor/Settlor of Private Business Trust**
**"DESSALINES SEALY'**
**Agent for Private Business Trust "DESSALINES SEALY"**
**All Rights Reserved Without Prejudice**

First Witness (sign)

Date _November 3, 2022_

Rhonda A. Lamb
First Witness (print)

Date _November 3, 2022_

Second Witness (sign)

Date _November 3, 2022_

AMir Sealy
Second Witness (print)

Date _November 3, 2022_

10

To the honorable _____, holding the Chancery Court and or the court of Equity at the United States Southern District of Ohio Western Division

**Complainant**
**Dessalines Sealy**
Private Citizen of the United States
Beneficiary

**BILL TO ENJOIN AND ABATE ANOTHER CASE**

DESSALINES SEALY (Private Business Trust)
c/o 170 Vernon Avenue, Suite 1
Brooklyn, New York [11206]
(718) 569-7425

Case no.

**Defendants**
**Defendants:**
**MICHAEL BARRETT / JUDGE/TRUSTEE**
100 East Fifth Street – Room 239
Cincinnati, Ohio 45202

**Bill as part of Notice of Conflicts and Variances**

**EBUNOLUWA A. TAIWO /PROSECUTOR/TRUSTEE**
U.S. Attorney's Office for the Southern District of Ohio
221 E. Fourth Street, Suite 400
Cincinnati, Ohio 45202

**RICHARD W. NAGEL/CLERK/TRUSTEE**
Office of the Clerk
Potter Stewart U.S. Courthouse
100 East Fifth Street -- Room 103
Cincinnati, Ohio 45202

RECEIVED
NOV - 7 2022
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

## BILL TO ENJOIN AND ABATE ANOTHER CASE

I, Dessalines Sealy the Private Citizen am having my private rights trespassed in several circumstances by the defendant(s). The Defendants have violated a number of my personal property rights an in so falsely have me go on trial in a criminal proceeding on case no. **1:19-cr-00024-MRB.** I have property rights of my personam, my body, my private trust and the case.

1. I am in possession of my body. I have superior title and equitable title to my person. My body is a divine vessel in which I occupy, and my spirit is divinely inspired by God that entered my body upon birth on the 29th of February of the year of our lord in 1964.
2. I am the beneficiary of a Private Business Trust. I am the sole beneficiary of that trust.

1

3. I am a Private Citizen that has LEGAL, POSSESSORY and EQUITABLE ownership of my body and spirit. I provided affidavits on the record in case no. **1:19-cr-00024-MRB** asserting my private property rights. None of the affidavits were answered with an affidavit. By their silence they Acquiesced that my body is my private property.

4. I am the beneficiary of case no. **1:19-cr-00024-MRB** – I was presented a negotiable instrument/charging document/a true bill in the form of an indictment.
   o I tendered payment via a Special Deposit to the Ebunoluwa A. Taiwo, & Michael Barrett.
   o I appointed Ebunoluwa A. Taiwo, Michael Barrett & Richard A. Nagel as Fiduciary via an implied agreement, waiver of tort, and constructive trust, which was titled, "*AFFIDAVIT OF NOTICE OR APPOINTMENT OF FIDUCIARY TO DISCHARGE DEBT, ENFORCE NEGOTIABLE INSTRUMENT, WAIVER OF TORT FOR WROINGFUL DISHONOR OR REMITTANCE AND OTHER HIGH CRIMES*.
   o As Fiduciary(s), Ebunoluwa A. Taiwo, & Michael Barrett they were instructed on the negotiable instrument/indictment/true bill **For Special Deposit for Tender - for the benefit of DESSALINES SEALY -- To the order, DEFENDANTS NAME, DEFENDANTS TITLE/TRUSTEE -- Instrument settle for value, Instrument return for value -- Discharge All Obligation / Presentments / Bonds / Fees / Taxes / Titles To Extinguish The Debt and Settle The Account of DESSALINES SEALY - Date: _____ - By: _____ -- By: Sealy, Dessalines, GRANTOR/GRANTEE**
   o As Fiduciary(s), Richard A. Nagel & Michael Barrett they were instructed on the negotiable instrument, **My Original Birth Certificate to Special Deposit for Tender - Special Deposit to the: Clerk U.S. District Court -The Birth Certificate through credit Of Plaintiff for final credit to The United States and/or The United States of America as Plaintiffs Creditor in this transaction. Assign All rights, title & interest for the benefit of Plaintiff For case: 1:19-CR-00024-MRB DESSALINES SEALY, Date: _____, By: _____ , By: Sealy, Dessalines, BENEFICIARY**

5. I also have another Constructive Trust in which I am the beneficiary of Richard Nagel titled: *NOTICE TO COUNTY RECORDER & CLERK OF COURT – Affidavit of Constitutional Rights, In Law, Equity, Waiver of Tort & Implied Contract* – Richard Nagel within this Constructive Trust was supposed to dismiss the case. His non answer was acquiescence.

6. When I, Dessalines Sealy, tendered payment a trust was created making me the beneficiary of case no. **1:19-cr-00024-MRB**
   o Whenever there is a duty to perform, a trust arises. It's called a resulting trust or implied trust. The one who tender for the consideration, is always the beneficiary - Pomeroy.

7. Case No. **1:19-cr-00024-MRB** is my private property via a constructive trust. The defendants are trespassing upon my private property, and they are not doing their fiduciary duties as trustees.

8. By all of the defendant's acquiescence they invoked a **Power of Attorney clause within the various Notice of Waiver of Torts outlined within.** Please see **Attachment of an AFFIDAVIT in** which the defendants all agree to all the statement made within this bill are true. The only way my affidavit with my as the Attorney of fact can be overturned if they are able to produce an affidavit showing that the Notice of Waiver of Torts have been rebutted point for point.

## Demand to Show Cause

Therefore, with the above affirmation of facts given above, I Dessalines Sealy, respectfully demand that this court, acting in good faith, with clean hands and due diligence **show cause** to the contrary by express, written, and sworn documentation and affidavit that the above is untrue point for point, within

**3 days of receipt of this Notice** Failure to show cause shall be construed as the courts agreement, consent and acquiescence to the facts herein, the status and standing of the Affiant/Complainant to this equitable cause.

**EQUITABLE ESTATE.** An equitable estate is a right or interest in land, which, not having the properties of a legal estate, but being merely a right of which courts of equity will take notice, requires the aid of such court to make it available.

    2. These estates consist of uses, trusts, and powers. See 2 Bouv. Inst. n. 1884. Vide **Cestui que trust; Cestui que use.**

**CESTUI QUE TRUST,** A barbarous phrase, to signify the beneficiary of an **estate held in trust.** He for whose benefit another person is enfeoffed or seized of land or tenements or is possessed of personal property. The cestui que trust is entitled to receive the rents and profits of the land; **he may direct such conveyances, consistent with the trust, deed or will,** as he shall choose, and the trustee (q.v.) is bound to execute them: **he may defend his title in the name of the trustee.** 1 Cruise, Dig. tit. 12, c. 4, s. 4; vide Vin. Ab. Trust, U, W, X, and Y 1 Vern. 14; Dane's Ab. Index, h.t.: 1 Story, Eq. Jur. Sec. 321, note 1; Bouv. Inst. Index, h.t.

**CORPUS JURIS SECUNDUM**

**CJS 90 Trusts Section 454 (b)** Equity Jurisdiction: The law is well settled that a court of equity has jurisdiction of all questions relative to the establishment, enforcement, and protection and preservation of a trust on real or personal property, especially where the rights or interests of minors are involved. While it has been said that the trusts which equity enforces are mainly private trusts arising from **contracts express or implied, all trusts are within equity's jurisdiction,** whether express or implied, and irrespective of whether **they are either direct or constructive, created by the parties or resulting by operation of law**. The existence of fraud is not required to confer jurisdiction on an equity court when the circumstances are such as to require its intervention. It has been declared that it is ordinarily on the trust rather than on the trustee as an individual that a **court of equity acquires jurisdiction to enforce a trust.**

**CJS book 90a -- In** addition to their general and inherent jurisdiction over trusts and actions to establish and enforce them, courts of equity have the right to exercise a supervisory control over trustees and their jurisdiction is generally deemed to be exclusive and not to be vested in probate or county courts, unless jurisdiction has been conferred on such courts by a statute. The power exists solely for the protection of the rights of the grantor who created the trust and of the rights of the beneficiaries of the trust. **There is no public interest in the matter where the parties to the instrument are purely private parties. The power is part of the court's general administrative power in connection with its trust creations and is usually exercised IN CHAMBERS.**

# Prayer For Process

3

I, Dessalines Sealy, pray that I can do a private in a camera hearing with the Honorable Court for all of the proceeding via zoom or GoTo Meeting application.  I am a National Residing in New York, and the jurisdiction of the court and case is in Ohio. It would be easier, faster and more convenient to seek relief since there is a distance issue.  My phone number is (718) 569-7425 and my email address is stardess@gmail.com.

## Prayer For Relief

### "And He will judge the world in righteousness; He will execute judgment for the peoples with equity." Psalm 9:8

### *"Let my judgment come forth from Your presence; let your eyes look with equity." — Psalm 17:2 (NASB)*

**I.** That upon the hearing of this cause this Honorable Court will enter a decree for **Temporary Injunction** against the At Law proceedings to prevent any further injury or irreparable harm due to the trespass of your petitioner **Trust Property and or Private Property** described in **"Affidavit of Truth of this Bill"** and the attached **"Bill to Adjoin and Abate Another Case"** declaring petitioner to be the owner of equitable estate held in Trust for Dessalines Sealy.

**II.** That by said decree of this Honorable against defendant for **Equitable Estoppels** and **Ejectment of Equitable Title** for fraudulent claims against petitioner's equitable title in private trusts arising from contracts express or implied, as there is no public interest in the matter where the parties to the instrument are purely private parties.

**III.** That by the decree of this Honorable Court as against all defendants named in this Bill of Complaint petitioner be declared the rightful owner of the legal estate as exclusive titleholder of all Equitable property and interest in private trusts arising from contracts express or implied, irrespective of whether they are either direct or constructive, created by the parties or resulting by operation of law described in **"Bill to Adjoin and Abate Another Case"**.

**WHEREFORE** your petitioner prays that this Honorable Court as against all defendants an order of the court be made, **Equitably Estopped, Ejectment of Equitable Title. Permanent Injunction, Writ of Prohibition to prevent defendants from asserting any further false claim, to issue an Order declaring Petitioner the rightful owner of the legal estate and all other Equitable property and interest in private trusts arising from contracts express or implied, irrespective of whether they are either direct or constructive, created by the parties or resulting by operation of law as exclusive titleholder of all Equitable property and interest in private trusts,** and for any and all other **equitable relief** that this Honorable Court may deem necessary.

**Further Affiant Sayeth Naught.**

4

Respectfully submitted,

I, Dessalines Sealy, the natural man described herein, solemnly swear and affirm under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of my knowledge and ability, Witness my hand and seal on this

___3 rd___ day of ___November___, 2022

___Dessalines Sealy___
Dessalines: Sealy
*De Char Et De Sank, in esse and sui juris*
Private Citizen of the United States of America; American National
Private Citizen of New York
Special and Private Resident of the Kings County of Equity
Grantee/Grantor/Settlor of Private Business Trust
"DESSALINES SEALY'
Agent for Private Business Trust "DESSALINES SEALY"
All Rights Reserved Without Prejudice

___Rhonda A Lamb___
First Witness (sign)

Date ___November 3, 2022___

___Rhonda A. Lamb___
First Witness (print)

___Amir Sealy___
Second Witness (sign)

Date ___November 3, 2022___

___Amir Sealy___
Second Witness (print)

5

# NOTICE OF STATEMENT OF INDENTURE
### Order for In Camera Evidentiary Conference



WITHOUT WAIVING any right, remedy, or defense, whereas I, Dessalines Sealy, am competent with intent and purpose as Grantor/Settlor[1] of the expressed irrevocable private trust, now coming as the Beneficiary in the above named action in good faith states as follows: in reference to Court File Number _____. I order a private evidentiary conference in camera on _____ day and _____ time by the assigned Judge in his Chancellor capacity, pending Plaintiff's/Complainant's petition to exclude the public, in private chambers due to urgent and exigent circumstances and confidential trade secrets, proprietary, private special and restricted information/evidence in support of my special equitable cause, either of which if revealed in public, will cause irreparable harm to rights, property and interests.

IN WITNESS WHEREOF, I hereunto set my hand and seal on this **3rd** day of **November A.D. 2022** and hereby make Oath that all statements made above are true, correct, and complete to the best of my knowledge:

Date: _Noveemb 3, 2022_

Signed: _Dessalin Sealy_ _____

By: Dessalines Sealy, Plaintiff in Case no. _____
**Private Citizen of the United States**
**Grantor/Settlor/Beneficiary.**
**Without Prejudice**

Thumb Print _____

---

[1] Unlawful or Illegal purpose: In construing trust, unlawful purpose should not be imputed to settlor. Hawthorne V. Smith, 7 N.E. 2d 139, 273 N.Y. 291. Purposes for which trust may be created "The intent and purpose of the settlor of the trust is the law of the trust" – Edmonson v. First Nat. Bank of Birmingham. 55 So. 2d 338, 352, 256, Ala. 449 – Ingalls, 14 So. 2d 296, 30, 245 Ala. 321 – Thurlow v. Berry, 32 So. 2d 526, 532, 249 Ala 597.

RECEIVED
NOV - 7 2022
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

WARNING          NO TRESSPASSING OF CONSTITUTION PROTECTIONS          WARNING

**Dessalines Sealy & Assigns**                    **Judge Michael Barrett**
170 Vernon Avenue                                 **Potter Stewart U.S. Courthouse – Room 239**
Suite 1                                           100 East Fifth Street
Brooklyn, New York [11206]                        Cincinnati, Ohio 45202

**Petitioner/Beneficiary**                        **Fiduciary/Trustee**

EI 152 919 953 US & Form 3817
-----------------------------------------------------------------------

# AFFIDAVIT OF NOTICE OF APPOINTMENT OF FIDUCIARY TO DISCHARGE DEBT, ENFORCE NEGOTIABLE INSTRUMENTS,WAIVER OF TORT FOR WRONGFUL DISHONOR OF REMITTANCE AND OTHER HIGH CRIMES

**SPECIAL NOTE:** This Implied agreement is a **CONSTRUCTIVE TRUST** in **EQUITY**

I, the undersigned declarant, **Dessalines Sealy & Assigns**, do give this Constructive Notice.

**NOTICE IS HERBY GIVEN** to ANY and ALL Parties, including, but not limited to ALL Foreign and Domestic Corporations, Officers, assigns, agents, actors, employees, public officers, public officials, officers of the court, or representatives in any way thereof, YOU ARE HEREIN GIVEN CONSTRUCTIVE NOTICE OF AN **AFFIDAVIT OF NOTICE OF APPOINTMENT OF FIDUCIARY TO DISCHARGE DEBT, ENFORCE NEGOTIABLE INSTRUMENTS,WAIVER OF TORT FOR WRONGFUL DISHONOR OF REMITTANCE AND OTHER HIGH CRIMES**.

**"The law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a** Public Officer.**"** *Lyle v Arkansas*, 9 Howe 314, 13 L. Ed 153, *Duluth & Iron Range Co. v Roy*, 173 US 587, 19 S. Ct 549, 43 L. Ed 820, and "It is a maxim of the law, admitting few if any exceptions, that every duty laid upon a Public Officer for the benefit of a Private Person is enforceable by judicial process". *Butterworth v US* ex rel. Hoe, 112 US 50, 5 S. Ct 25, 28 L. Ed 656.

This is a **PRIVATE NOTICE not meant to be in PUBLIC RECORDS**. If the trustee adds this constructive trust to the public record **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** & assigns are in breach, and they have activated this implied agreement.

I, **Dessalines Sealy**, have done the following as it relates to court case: 1:19-CR-00024-MRB

**Point Number 1** - I, **Dessalines Sealy**, beneficiary has provided the following documents of my status as a Private Citizen to the Trustee(s), **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** & assigns.

   a. EXHIBIT A – **AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE** – 5 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153744561, **Vol: MISC Book; 105, Page: 365 by James Cooper, Judge of Probate**

RECEIVED

NOV - 7 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

1

**WARNING        NO TRESSPASSING OF CONSTITUTION PROTECTIONS        WARNING**

b. EXHIBIT B –MEMORANDUM. OF LAW IN SUPPORT OF AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE & EXECUTOR LETTER- 5 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153638127, Vol: MISC Book; 105, Page: 363 by James Cooper, Judge of Probate

c. EXHIBIT: C— AFFIDAVIT OF DECLARATION OF NON-U.S. CITIZEN & DECLARATION OF FOREIGN NEUTRAL IN ITINERE STATUS – 5 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153691344, Vol: MISC Book; 105, Page: 364 by James Cooper, Judge of Probate

d. EXHIBIT: D— AFFIDAVIT OF DECLARATION OF THE AGE OF MAJORITY AND CLAIM OF OWNERSHIP OF CERTIFICATE OF TITLE WITH ATTACHED BIRTH CERTIFICATE – 4 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153957429, Vol: MISC Book; 105, Page: 369 by James Cooper, Judge of Probate

e. EXHIBIT: E- CERTIFICATE OF PROOF OF LIFE - 3 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153850995, Vol: MISC Book; 105, Page: 367 by James Cooper, Judge of Probate

f. EXHIBIT: F – SWORN OATH - 3 Pages - to age of majority and in full life - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153797778, Vol: MISC Book; 105, Page: 366 by James Cooper, Judge of Probate

I sent back the charging instruments to **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** & assigns who are the trustees and I, **Dessalines Sealy** /beneficiary, signed the document making the document and the case my PRIVATE/Trust PROPERTY & the trustee(s) have been tasked for extinguishment, benefit, use, enjoyment and all other equitable relief I am entitled to. The trustee(s) has a fiduciary responsibility to handle all matters of the negotiable instrument as it outlined in Federal law.

**Point Number 2** – I, **Dessalines Sealy** having reached the age of Majority, competent and capable of handling my own affairs, Acting as Executor and Beneficiary of the legal estate of **DESSALINES SEALY**, do hereby appoint **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** & assigns., as Fiduciary/trustee To receive, accept, indorse and negotiate my instrument for collection ensure proper handling and settling of the account, to deposit funds and Credit the Account dollar for dollar for the full value of my presentment for settlement of the account and the release of lien per case # 1:19-CR-00024-MRB at United States District Court of Southern District of Ohio

**Point Number 3** - DEFENDANT MAY TENDER TO THE ATTORNEY WHO BROUGHT THE ACTION THE AMOUNT OF THE DEBT AND COSTS AND SUCH TENDER SHALL BE A BAR TO ANY FURTHER PROCEEDINGS IN THIS CASE – *Attorney was appointed the Fiduciary* - 36. See, e.g., Griffen v. Hart, 26 Wash. 2d 304, 173 P.2d 780 (1946); Thompson v. Crans, 294 Ill, 270, 128 N.E. 508 (1920). 37. N.H. REV. STAT. ANN. § 515.1 (1974) provides: "At any time before the return day of tile writ, the defendant may tender to the attorney who brought the action the amount of the debt and costs and such tender shall

2

be a bar to any further proceedings in this case." 38. MONT. REv. CODES ANN. § 58-423 (1969); N.D. CENT. COD7 § 9-12-24 (1975), 39. PA. STAT. ANN. tit. 12 § 1073 (Purdon 1953) states: "Provided that the said defendant or defendants shall be required to keep up said tender at every trial of the action aforesaid, and may pay the money into court, on leave obtained, but shall not be required to preserve, or pay in, the identical money originally tendered." 40. Crain v. McGoon, 86 Il1. 431 (1877). 41. Stallmaker v. Great Am. Ins. Co. of N.Y., 364 S.W.2d 620 (Mo. Ct. App, 1963),

### Title 18 – Part 1 – Chapter 1- Section 1 – Section 8

The term "**obligation or other Security of the United States**" includes all **bonds, certificates of indebtedness, national bank currency,** Federal Reserve notes, Federal reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposits, bills, checks, or drafts for money, **drawn by or upon authorized officers of the United States,** stamps and other representatives of value, of whatever denomination, **issued under any Act of Congress** and canceled United States stamps.


**<u>Point Number 4</u>** - As the **FIDUCIARY** over this account **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** has a **FIDUCIARY DUTY** to the grantor, grantee/beneficiary, Dessalines Sealy.

**Fiduciary Duties:** fiduciary duties fall into two broad categories: the duty of loyalty and the duty of care. These duties vary with different types of relationships between fiduciaries and their counterparties ('entrustors'). Recently, courts have imposed fiduciary duties on union officers, physicians, and clergymen.
**Fiduciary -** A fiduciary duty is an ethical relationship of confidence regarding the management of money or property between two or more, most commonly a fiduciary and a principal. One party, for example a corporate trust company or the trust department of a bank, holds a fiduciary relation or acts in a fiduciary capacity to another, such as one whose funds are entrusted to it for investment. In a fiduciary relation one person, in a position of vulnerability, justifiably reposes confidence, reliance and trust in another whose aid, advice or protection is sought in some matter. In such a relation good conscience requires one to act at all times for the sole interests of another, with loyalty to those interests.

**63C AM.JUR.2D, PUBLIC OFFICERS AND EMPLOYEES, §247** "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised on behalf of the government or of all citizens who may need the intervention of the officer.

**[1] Furthermore,** the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.

**[2]** That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves.

**[3]** and owes a fiduciary duty to the public.

**WARNING    NO TRESSPASSING OF CONSTITUTION PROTECTIONS    WARNING**

[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

[5] **Furthermore,** it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [**483 U.S. 372**] in the statute.

- See [**United States v. Dial, 757 F.2d 163, 168 (7th Cir1985)**] the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, the judge, in reference to litigants who appear before him and he deliberately concealed material information from them, he was guilty of fraud. **[McNally v United States 483 U.S.350 (1987)]**

### UCC § 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY.

(a) In this section:

(1)"Fiduciary" means an agent, trustee, partner, corporate officer or director, or other representative owing a fiduciary duty with respect to an instrument.

(2)"Represented person" means the principal, beneficiary, partnership, corporation, or other person to whom the duty stated in paragraph (1) is owed.

(b) (i) If an instrument is taken from a fiduciary for payment or collection or for value, (ii) the taker has knowledge of the fiduciary status of the fiduciary, and (iii) the represented person makes a claim to the instrument or its proceeds on the basis that the transaction of the fiduciary is a breach of fiduciary duty, the following rules apply:

(1) Notice of breach of fiduciary duty by the fiduciary is notice of the claim of the represented person.

(2) In the case of an  instrument payable to the represented person or the fiduciary as such, the taker has notice of the breach of fiduciary duty if the instrument is (i) taken in payment of or as security for a debt known by the taker to be the personal debt of the fiduciary, (ii) taken in a transaction known by the taker to be for the personal benefit of the fiduciary, or (iii) deposited to an account other than an account of the fiduciary, as such, or an account of the represented person.

(3) If an instrument is issued by the represented person or the fiduciary as such, and made payable to the fiduciary personally, the taker does not have notice of the breach of fiduciary duty unless the taker knows of the breach of fiduciary duty.

(4) If an instrument is issued by the represented person or the fiduciary as such, to the taker as payee, the taker has notice of the breach of fiduciary duty if the instrument is (i) taken in payment of or as security for a debt known by the taker to be the personal debt of the fiduciary, (ii) taken in a transaction known by the taker to be for the personal benefit of the fiduciary, or (iii) deposited to an account other than an account of the fiduciary, as such, or an account of the represented person.

**WARNING     NO TRESSPASSING OF CONSTITUTION PROTECTIONS     WARNING**

**ELEMENTS OF BREACH OF FIDUCIARY DUTY:**

To prove a breach of fiduciary duty claim, the plaintiff must show: *1. the existence of a fiduciary relationship; 2. a breach of the duty owed; and 3. damages proximately caused by the breach*...See [Green v. Freeman, 367 N.C. 136, 749 S.E.2d 262, 268 (2013)].

**Breach of Fiduciary Duty: Remedies**
A plaintiff who prevails in a **breach of fiduciary duty** lawsuit typically will recover for actual damages incurred, but also may **recover punitive damages** if the breach can be proven to have been committed out of malice or fraud.

## Point Number 5 – Constitutional Protection

"The law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a public officer." Lyle v Arkansas, 9 Howe 314, 13 L. Ed 153, Duluth & Iron Range Co. v Roy, 173 US 587, 19 S. Ct 549, 43 L. Ed 820, and "It is a maxim of the law, admitting few if any exceptions, that every duty laid upon a public officer for the benefit of a private person is enforceable by judicial process". Butterworth v US ex rel. Hoe, 112 US 50, 5 S. Ct 25, 28 L. Ed 656.

"A ministerial officer is liable for an injury done, where his acts are clearly against the law." Tracy v. Swartwout, 10 Pet. 80, 9 L Ed 354. "The judicially fashioned doctrine of official immunity of judicial, legislative, or executive officers does not reach so far as to immunize criminal conduct prescribed by an Act of Congress." O'Shea v. Littleton, 414 US 488, 94 S Ct. 669,

### NO EMERGENCY OR SPECIAL CIRCUMSTANCES JUSTIFIES A VIOLATION OF ANY CONSTITUTIONAL PROVISION

**ARTICLE FOUR - Section 4.**

The United States shall guarantee to every State in this Union a republican form of government and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

**ARTICLE SIX – Section 2 & 3**

The Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which be made, under the Authority of the United States, shall be the supreme Law of the Land; any Thing in the Constitution of Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

**16Am Jur 2d., Const. Law Sec. 98:**

"While an emergency cannot create power and no emergency justifies the violation of any of the provisions of the United States Constitution or States Constitutions. Public emergency such as economic depression for especially liberal construction of constitutional powers and it has been declared that because of national emergency, it is the policy of the courts of times of national peril, so liberally to construed the special powers vested in the chief executive as to sustain an effectuate the purpose there

5

of, and to that end also more liberally to construed the constituted division and classification of the powers of the coordinate branches of the government and in so far as may not be clearly inconsistent with the constitution."

**(No emergency has just cause to suppress the constitution.)**

**No National emergency or Executive Order, including but not limited to, The Act of October 6th, 1917, as amended [12 USCS Sec, 95a] March 9, 1933,** shall nullify any of the Constitutional Protections of this **"Trust Estate".** "No emergency justifies a violation of any Constitutional provision." 16 Am Jur 2nd Ed. 71, 72 "The prohibitions of the federal constitution are designed to apply to all branches of the national government and cannot be nullified by the executive and senate combined." **Reid vs. Covert, ant, U.S. 1, 1 ~ Ed 2nd 1148 (1951)**

## Point Number 6 - § 56 – To Protect and Enforce Rights to Property the Object of Suits in Chancery

The term "property," as used in this section included everything that is the subject of exclusive individual ownership; or, to be more specific, included not only lands, houses, goods, and chattels, rights and credits, but, **ALSO, A MAN'S PERSON,** and his wife and minor children, **AND HIS RIGHT TO WORK,** and **to see and acquire property,** and engage in any lawful business, and **his and their reputation,** health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal.

As men live by their labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of another he should pay or account thereof, unless he can prove it was a gift; and so, whatever injury one person does to another's property or capacity to labor should be made good.

To declare and define the rights of property, and regulate its tenure, possession, enjoyment and transfer, is the business of the Legislature; and to protect and enforce those rights, compel atonement for their violation, and conform the tenure, possession, enjoyment and transfer of property to the requirements of law and Equity, so that each person may have his own, and no person have what is another's, is the business of the Courts.

Questions involving partisan politics, denominational religion, ecclesiastical controversies, scientific theories, mere breaches of more rectitude and **VIOLATIONS OF CRIMINAL LAW HAVE NO JURISDICTION OF THEM, UNLESS THEY INVOLVE RIGHTS OF PROPERTY,** and then only as to such rights.

## Point Number 7 – Subrogation in Chancery and Equity Jurisdiction

The Fiduciary/Trustee agrees with the terms of **"Suits for Subrogation and Sureties".** Subrogation is the substitution of one person is place of a creditor, whose debt he has paid under compulsion no being liable primarily therefor, and to whose rights as to the collection of that debt he, thereupon, succeeds So, **whenever a surety, or other person secondarily liable, discharges a debt, he is entitled to the benefit of all collaterals of liens which the creditor held as security; and the person secondarily liable is** entitle to be subrogate to the rights of the creditor against the person primarily liable. In such cases, Equity regards the payment/tender by the surety, or other person secondarily liable as equivalent to a purchase of the creditor's rights, equities and collaterals as against the debtor primarily liable; and the Court will treat such payor as an assignee of the creditor, to that extent. So, a creditor is entitled to the benefit of any indemnity, or collateral security, given by the debtor to his surety. Where, in any case,

6

WARNING          NO TRESSPASSING OF CONSTITUTION PROTECTIONS          WARNING

one not primarily liable pays a debt, or discharges and encumbrance or lien, being under legal compulsion so to do, he will in Equity be substituted to all of the creditor's rights against the person primarily liable.

The following are the most usual cases of substitution and subrogation:
1. Where a surety discharges the debt or obligation of his principal
2. Where a co-surety pays a judgment that is a lien on the other surety's land
3. Where anyone not primarily liable pays the debt or discharges the obligation of the one primarily liable.
4. Where a junior encumbrancer for like reason pays off a prior encumbrance.
5. Where a person advances money to discharge an incumbrance on an agreement that he should succeed to the rights of the encumbrancer.
6. Where any person, for his own protection, or the protection of some interest he represents, pays a debt for which another is primarily liable.

## Point Number 8 – Codified Laws and their definitions and explanations

### 26 U.S Code § 2041 – Powers of appointment
(a) In general - The value of the gross estate shall include the value of all property—
(b) Definitions - For purposes of subsection (a)—
(1) General power of appointment - The term "general power of appointment" means a power which is exercisable in favor of the decedent, his estate, his creditors, or the creditors of his estate; except that—
(A) A power to consume, invade, or appropriate property for the benefit of the decedent which is limited by an ascertainable standard relating to the health, education, support, or maintenance of the decedent shall not be deemed a general power of appointment.

### UNITED STATES CODE – USC - on Legal Tender

### 31 U.S. Code § 5103 - Legal tender
United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks) are legal tender for all debts, public charges, taxes, and dues. Foreign gold or silver coins are not legal tender for debts.

### CODE OF FEDERAL REGULATION - CFR

### 31 CFR § 100.3 - Lawfully held coin and currencies in general.
The official agencies of the Department of the Treasury will continue to exchange lawfully held coins and currencies of the United States, dollar for dollar, for other coins and currencies which may be lawfully acquired and are legal tender for public and private debts. Paper currency of the United States which has been falsely altered and coins altered to render them for use as other denominations will not be redeemed since such currency and coins are subject to forfeiture under Title 18, United States Code, section 492. Persons receiving such currency and coins should notify immediately the nearest local office of the U.S. Secret Service of the Department of the Treasury and hold the same pending advice from the Service.

### 31 CFR § 1010.100 - General definitions.

7

WARNING  NO TRESSPASSING OF CONSTITUTION PROTECTIONS  WARNING

**(m) Currency. The coin** and paper money of the United States or of any other country that is designated as **legal tender** and that circulates and is customarily used and accepted as a medium of exchange in the country of issuance. Currency includes U.S. silver certificates, U.S. notes and Federal Reserve notes. Currency also includes official foreign bank notes that are customarily used and accepted as a medium of exchange in a foreign country.

### UCC CODIFIED LAWS - FEDERAL

#### § 3-311. ACCORD AND SATISFACTION BY USE OF INSTRUMENT.
**(a)** If a person against whom a claim is asserted proves that (i) that person in good faith tendered an instrument to the claimant as full satisfaction of the claim, (ii) the amount of the claim was unliquidated or subject to a bona fide dispute, and (iii) the claimant obtained payment of the instrument, the following subsections apply.
**(b)** Unless subsection (c) applies, the claim is discharged if the person against whom the claim is asserted proves that the instrument or an accompanying written communication contained a conspicuous statement to the effect that the instrument was tendered as full satisfaction of the claim.

#### § 3-603. TENDER OF PAYMENT.
**(a)** If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.
**(b)** If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.
**(c)** If tender of payment of an amount due on an instrument is made to a person entitled to enforce the instrument, **the obligation of the obligor to pay interest after the due date on the amount tendered is discharged.** If presentment is required with respect to an instrument and the obligor is able and ready to pay on the due date at every place of payment stated in the instrument, the obligor is deemed to have made tender of payment on the due date to the person entitled to enforce the instrument.

#### § 3-104. NEGOTIABLE INSTRUMENT.
**(a)** Except as provided in subsections (c) and (d), "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:
   (1) is payable to bearer or to order at the time it is issued or first comes into possession of a holder;
   (2) is payable on demand or at a definite time; and
   (3) does not state any other undertaking or instruction by the person promising or ordering payment to do any act in addition to the payment of money, but the promise or order may contain (i) an undertaking or power to give, maintain, or protect collateral to secure payment, (ii) an authorization or power to the holder to confess judgment or realize on or dispose of collateral, or (iii) a waiver of the benefit of any law intended for the advantage or protection of an obligor.


**<u>Point Number 9</u> –** Crimes and Torts against the Fiduciary and their penalties and fees. These can occur if **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** fail

**WARNING        NO TRESSPASSING OF CONSTITUTION PROTECTIONS        WARNING**

to Tender Debt for the Property in the Civil Suit. They will agree via Acquiescence and Tacit Procreation to be responsible for the True Bill as outlined within this agreement and acknowledgement of Tender document.

**ELEMENTS OF DEPRIVATION** - "A Title **42 USC § 1983** claim must present two elements: (1) that there was the deprivation of a right secured by the Constitution and (2) that the deprivation was caused by a person acting under color of state law." **[Wittstock v. Mark A. Van Sile, Inc., 330 F.3d 899, 902 (6th Cir. 2003) (quoting Tahfs v. Proctor, 316 F.3d 584, 590 (6th Cir. 2003)].**

**CONSPIRACY TO INTERFERE**- 42 U.S. Code § 1985.Conspiracy to interfere with civil rights

      (1) Preventing officer from performing duties
      (2) Obstructing justice; intimidating party, witness, or juror
      (3) Depriving persons of rights or privileges

**CONSPIRACY AGAINST RIGHTS** - 18 U.S. Code § 241. - If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or...

**DEPRIVATION OF RIGHTS** - 18 U.S. Code § 242.Deprivation of rights under color of law - Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both;....

**RACKETEERING ACTIVITY** - 18 U.S. Code § 1961. - (1) "racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, ---- sections 891–894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with identification documents),

**OBSTRUCTION OF PROCEEDING BEFORE DEPARTMENTS, AGENCIES** - 18 U.S. Code  § 1505.Obstruction of proceedings before departments, agencies, and committees - Whoever, with intent to avoid, evade, prevent, or obstruct compliance, in whole or in part, with any civil investigative demand duly and properly made under the Antitrust Civil Process Act, willfully withholds, misrepresents, removes from any place, conceals, covers up, destroys, mutilates, alters, or by other means falsifies any documentary material, answers to written interrogatories, or oral testimony, which is the subject of such demand; or attempts to do so or solicits another to do so; or

Whoever corruptly, or by threats or force, or by any threatening letter or communication influences, obstructs, or impedes or endeavors to influence, obstruct, or impede the due and proper administration of the law under which any pending proceeding is being had before any department or agency of the United States,...

**WARNING          NO TRESPPASSING OF CONSTITUTION PROTECTIONS          WARNING**

**Color of law.** The appearance or semblance, without the substance, of a legal right. The term usually implies a misuse of power made possible because the wrongdoer is clothes with the authority of the state. State action is synonymous with color of state law in the context of federal civil-rights statutes or criminal law. See state Action. Cases: **[Civil Rights 1323. C.J.S Civil Rights 92-94.]**

**Color of law.** The term does not mean actual law but means mere semblance of a legal right. (Kinney Law Dictionary). See **[State ex rel. West v. Des Moines, 96 Iowa, 521, 31 L.R.A. 186, 192, 65 N.W. Rep. 818.]**

| Crime | Code | Penalty Fine |
|---|---|---|
| Elements of Deprivation | 42 USC § 1983 | $250,000.00 |
| Conspiracy to Interfere | 42 U.S. Code § 1985 | $250,000.00 |
| Conspiracy against Rights | 18 U.S. Code § 241. | $250,000.00 |
| Deprivation of Rights | 18 U.S. Code § 242. | $100,000.00 |
| Racketeering Activity | 18 U.S. Code § 1961 | $250,000.00 |
| Obstruction of Proceeding before department, agency | 18 U.S. Code § 1505 | $250,000.00 |
| Criminal Impersonation in 2nd degree | NY Penal Code § 190.25 | |
| Punitive Damages | | $250,000.00 |
| | **TOTAL** | $1,600,000.00 |
| | **Treble Damages    Times 3** | $4,800,000.00 |

**Point Number 10** - Question to addressed by Trustee/Fiduciary

1. Do the trustee(s) **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** & assigns have superior title over my **BODY & THE CASE # 1:19-CR-00024-MRB** which are my PRIVATE PROPERTY?
2. Do you have an affidavit or evidence on the record that, **Dessalines Sealy**, is not the beneficiary?
3. Do you have an affidavit or evidence that you, the trustee(s), **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** & assigns are not the TRUSTEE(S)?
4. Do you have an affidavit or evidence that negotiable instrument as presented has flaws?
5. Can the trustee(s) **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** & assigns go against their appointed and constitutional fiduciary responsibilities?
6. Can you provide an affidavit stating the you the trustee(s) **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** & assigns are not violating your oath of Office?

If the trustee(s) **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** & assigns cannot refute the points in this questionnaire and other allegations outlined in this waiver of tort and constructive trust, and you proceed to trespass upon, the beneficiary, **Dessalines Sealy**, you agree by your actions to cause this agreement to go into effect as outlined **in Point Number 11 within this document.**

**WARNING     NO TRESSPASSING OF CONSTITUTION PROTECTIONS     WARNING**

## <u>Point Number 11</u> – Terms of our Agreement and Implied Contract

1. If any agent, official, representative, sanctioned personnel and or actor for **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio**, the fiduciary, choose to Trespass, Harass, Threaten, Intimidate, Issue Fraudulent Fine, or Deprive me of any Constitutional Protections of this "Organization accepts full liability and agrees to place their Public Bonds, Insurance Policies, all Private Property, Bank Checking Accounts, Bank Saving Accounts, Pensions, 401K's, Investments, Salaries (Accept wage garnishment), and Assets of kind to insure the full compensation of **$4,800,000.00, (One Million Dollars)** to be paid immediately for all Deprivations, injuries, Damages, sustained by me, $10,000,000.00, (Ten Million Dollars) for the continued or repeated injuries,

2. It is therefore, herein DECLARED that an IMPLIED CONTRACT is created and freely and jointly entered into by the parties, in which ANY and ALL Parties are free to choose to become OBLIGATED or not to become obligated of their own free choice or volition, to TRESPASS and cause a TORT or not to TRESPASS, TO INJURE ME A PROPER PARTY, or not to INJURE ME, the proper PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this IMPLIED CONTRACT mutually agreed upon by all parties public and private.

3. This agreement is a waiver of tort, constructive trust, security agreement, mortgage, and implied contract. Dessalines Sealy is the **grantee, grantor, and beneficiary** and **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** is the **trustee**.

**NOTICE IS HEREBY GIVEN**

4. The agency that enters into this agreement willingly by its violation will grant **<u>POWER OF ATTORNEY</u>** to act as debtor's agent and/or attorney-in-fact, irrevocably, with full power of substitution to do the following: **(a)** indorse or otherwise sign, without liability, all documents and instruments, of any type or nature, debtor's signature where debtor's signature is requested for the purpose of authenticating the writing in all commercial activity between debtor and other juristic persons; **(b)** demand, collect, receive, receipt for, sue, and recover all sums of money or other property which may now or hereafter become due, owing, or payable the debtor; **(c)** execute, sign, and indorse any and all claims, instruments, receipts, checks, drafts, or warrants issued in payment for the collateral; **(d)** settle or compromise any and all claims, now existing or hereafter arising, against debtor and/or any collateral; and **(e)** file any claim(s) or take any action or institute or take part in any proceedings, either in his own name or in the name of the debtor, or otherwise, which in the discretion of creditor/beneficiary may seem to be necessary or advisable. In addition, the signature of creditor/beneficiary on any instrument, license, permit, or any document now existing or hereafter arising, upon which the name of the debtor is, howsoever evidenced, is hereby the authorized signature of creditor/beneficiary as agent representing debtor. In addition, the creditor/beneficiary may, on behalf of and in the name of the debtor, receive, open, and dispose of mail addressed debtor, and change any address to which mail and payments are to be sent. This power is given as security for the indebtedness, and the authority hereby conferred is and shall be irrevocable and shall remain in full force and effect until renounced by the creditor/beneficiary in writing.

  a. If **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** & assigns activate this constructive trust as outlines in Point 8 section 1, They understand that Dessalines Sealy, will be the **<u>ATTORNEY IN FACT AND DEBTORS' AGENT in any AT LAW, PROSECUTION & EQUITY</u>**

WARNING     NO TRESPASSING OF CONSTITUTION PROTECTIONS     WARNING

**PROCEEDINGS**. While **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** will be alerted to any of legal and lawful proceedings, their voices, documents, pleadings, affidavits will be mute and muted, and they agree under the terms of this constructive trust that **Dessalines Sealy** will be the only voice in any proceedings as outlined.

b. And **Judge Michael R. Barrett & assigns, United States District Court Southern District of Ohio** agrees and understands that an affidavit admitting to violation of the trust also breaches and damages will be submitted to GSA, U.S. General Services Administration as evidence in the SF 95 form, **Exhibit G**. The trustee understands that their bond will pay out on the debt immediately.

5. The herein HOLD HARMLESS AND INDEMNITY AGREEMENT is mutually agreed upon and is entered into between **Dessalines Sealy** the juristic per-son/strawman/legal entity/ individual/(one person) corporation, (and/or any derivative thereof), with or without assigned social security account number.

6. FULL ACCEPTANCE IS FINAL AND BINDING TO ALL PARTIES BY SELF EVIDENCE OF AN INJURY OR TRESPASS UPON ME **Dessalines Sealy & Assigns**, OR MY LAWFULLY OWNED PROPERTY BY ANY PARTY.

I affirm that I am of lawful age and competent to make this affidavit, I affirm that all the foregoing is true, correct, certain, and complete to the best of my firsthand knowledge.
Let it be known to all that I, **Dessalines Sealy** explicitly reserves all my rights. **Per** UCC 1-308 which was formally UCC 1-207.

By _Dessalin Sealy_ Authorized Representative

Dessalines Sealy
(718) 569-7425
Written under the penalties of perjury.
ALL RIGHTS RESERVED UCC 1-207 UCC 1-103
USC Title 28, Section 1746(1)
Executed without the United States... under the
Law of the United States of America

WARNING     NO TRESSPASSING OF CONSTITUTION PROTECTIONS     WARNING

## ACKNOWLEDGMENT

STATE OF New York)
                 ) SS
COUNTY OF Bronx  )

The foregoing instrument was acknowledged before me this 29th day of October 2022, on this day personally appeared before me Dessalines Sealy, known or proved to me to be the individual described in and who executed the within foregoing AFFIDAVIT OF NOTICE OF APPOINTMENT OF FIDUCIARY TO DISCHARGE DEBT, ENFORCE NEGOTIABLE INSTRUMENTS, WAIVER OF TORT FOR WRONGFUL DISHONOR OF REMITTANCE AND OTHER HIGH CRIMES, and acknowledged that he/she signed the same as his/her free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal on: _OCTOBER 29th, 2022_

_____
Signature

_PAUL F. FEUERSTEIN_
Printed Name

NOTARY PUBLIC for _STATE OF NEW YORK_

Residing at: _1481 LELAND AVE, BRONX NEW YORK_

My appointment expires on: _07-06-2024_

13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19cr24 |
| **Plaintiff,** | JUDGE Barrett |
| **v.** | **SUPERSEDING INDICTMENT** |
| **LORIN KAL BUCKNER,** | **18 U. S. C. § 371** |
| **JOEL HARVEY,** | **18 U. S. C. § 1349** |
| **GARRETT STEVENSON** | |
| **DESSALINES SEALY,** | |
| a/k/a "Dess." | |
| **Defendants.** | |

**THE GRAND JURY CHARGES:**

## I.  INTRODUCTION

At the specified times and at all times material to the Indictment:

### Relevant Individuals and Entities

1. Defendant **LORIN KAL BUCKNER**, a Southern District of Ohio resident, owned and operated Phoenix Consultants (a/k/a Phoenix Consulting), an Ohio corporation, registered at 10921 Reed Hartman Hwy 237, Cincinnati, OH as well as Preferred Home Solutions NM, LLC, an Ohio corporation, registered at 8216 Princeton-Glendale Rd. #243, West Chester OH 45069, which purport to provide real estate solutions, credit repair, debt relief, and foreclosure assistance to distressed consumers. **BUCKNER** also served as an affiliate of MVP HOME SOLUTIONS, LLC, a/k/a "Stay In or Walk Away," (hereinafter "MVP HOME SOLUTIONS, LLC") and BOLDEN PINNACLE GROUP CORP., a/k/a Home Advisory Services Network, a/k/a Home Advisory Services Group Inc. (hereinafter "BOLDEN PINNACLE GROUP CORP.") and as such was responsible for recruiting homeowners to the defendant entities in exchange for commissions. In such capacity,

EI 152 919 953 US

Money-back Guarantee: If the mailer submits an item at a designated USPS® Priority Mail Express® acceptance location before the applicable delivery and time for the mailer's delivery to the addressee or agent before the applicable delivery date and time. Mailer may request the addressee's signature from the addressee upon delivery of the item by checking the "signature required" box at the time of mailing. If the Postal Service does not deliver or attempt delivery by the specified time and the mailer files a valid claim for a refund, the Postal Service will refund the postage, unless an exception applies. See *Mailing Standards of the United States Postal Service, Domestic Mail Manual (DMM®)* 604.9.5.5 which is available at pe.usps.com.

**Note:** The Postal Service does not offer money-back guarantee for military or DPO shipments delayed due to customs inspections or the item was destined for an APO/FPO/DPO that was closed on the intended day of delivery or the delay was caused by one of the situations in DMM 604.9.5.5. Consult USPS.com® or your local Post Office for information on delivery commitments and Priority Mail Express Military Service (PMEMS). For details, see DMM 703.2.6, which is available at pe.usps.com.

When a mailer submits a Priority Mail Express item requiring a signature and the Postal Service cannot deliver the item on the first attempt, the Postal Service leaves a notice for the addressee. If the addressee does not claim the item within 5 calendar days, the Postal Service returns the item to the sender at no additional charge.

**Insurance coverage:** The Postal Service provides insurance only in accordance with postal regulations in the DMM, which is available at pe.usps.com. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. Certain items are not insurable. The DMM consists of federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who requires information on Priority Mail Express insurance may contact the Postal Service before submitting an item. Limitations prescribed in the DMM provide, in part, that:

1. Insurance coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.

2. The Postal Service insures the contents of Priority Mail Express "merchandise" items (with "merchandise" defined by postal regulations) against loss, damage, or missing contents. The Postal Service includes coverage up to $100 per mailpiece at no additional charge. Additional merchandise insurance up to $5,000 per mailpiece may be available for purchase. Additional insurance for Priority Mail Express items is not available unless a signature is required.

3. The Postal Service insures "nonnegotiable documents" (as defined by postal indemnity regulations) against loss, damage, or missing contents up to $100 per mailpiece for document reconstruction, subject to additional limitations for multiple pieces lost or damaged in a single catastrophic occurrence. Document reconstruction insurance provides reimbursement for the reasonable costs incurred in reconstructing duplicates of nonnegotiable documents mailed. Document reconstruction insurance coverage above $100 per mailpiece is not available. The mailer should not attempt to purchase additional document insurance, because additional document insurance is void.

4. The Postal Service insures "negotiable items" (defined by postal regulations as items that can be converted to cash without forgery), currency, or bullion up to a maximum of $15 per mailpiece.

5. The Postal Service does not provide coverage for consequential losses due to loss, damage, or delay of Priority Mail Express items or for concealed damage, spoilage of perishable items, and articles improperly packaged or too fragile to withstand normal handling in the mail. *Coverage, terms, and limitations are subject to change. For additional limitations and terms of coverage, consult the DMM, which is available at pe.usps.com.*

**Indemnity Claims (Loss, Damaged or Missing Contents):** Either the mailer or the addressee may file an indemnity claim for loss, damaged or missing contents. The claimant may submit the claim online at usps.com, or by mail; for more information see Publication 122, *Domestic Claims, Customer Reference Guide*. The timelines for claims are as follows: claims for loss – no sooner than 7 days but no later than 60 days after the date of mailing; claims for damage or missing contents – immediately but no later than 60 days from the date of mailing. Retain the original USPS retail receipt or eReceipt/electronic receipt for claims purposes. For claims involving damage or missing contents, also retain the article, container, and packaging for Postal Service inspection when requested.

**Refund of Postage and Fees (Service Performance):** If delivery of a Priority Mail Express (PME) item does not meet the scheduled delivery commitment(s), online and commercial customers may submit a refund request by visiting *USPS.com*. Retail customers may submit a refund request either online at *USPS.com* or at retail locations. Refund requests for postage must be submitted no sooner than 2 days and no later than 30 days from the date of the mailing; Extra Services fees refund requests must be submitted no sooner than 30 days and no later than 60 days from the date of mailing. Each tracking number can only be submitted once for all applicable refunds. Refund requests for PME or PME with Extra Services must be combined into a single submission.

*Thank you for choosing Priority Mail Express service.*

**Tracking:** For USPS Tracking, scan the QR Code below or go to USPS.com or call 800-222-1811



EI 152 919 953 US
Priority Mail Express tracking number

LABEL 11-B  MAY 2021   PSN 7690-02-000-9996

---

**UNITED STATES POSTAL SERVICE®**

Certific
N

This Certificate of Mailing provides evidence that mail has been presented to USPS®
This form may be used for domestic and international mail.

From: Dessalines Seclu
170 Vernon Avenue
Suite 1
Brooklyn, New York 11206

To: Judge Michael Burrett
Potter Stewart U.S. Courthouse - Room 239
100 East Fifth Street
Cincinnati, Ohio 45202

PS Form **3817**, April 2007  PSN 7530-02-000-9065

$1.75

R2304M111492-11

U.S. POSTAGE PAID
FCM RONY ENV
10462
CT 29 22
AMOUNT

**WARNING**     **NO TRESSPASSING OF CONSTITUTION PROTECTIONS**     **WARNING**

**Dessalines Sealy & Assigns**
170 Vernon Avenue
Suite 1
Brooklyn, New York [11206]

**Ebunoluwa A. Taiwo & Assigns**
**U.S. Attorney's Office for the Southern District of Ohio**
221 E. Fourth Street – Suite 400
Cincinnati, Ohio 45202

**Petitioner/Beneficiary**              **Fiduciary/Trustee**

EI 152 919 975 US & Form 3817
-------------------------------------------------------------------

# AFFIDAVIT OF NOTICE OF APPOINTMENT OF FIDUCIARY TO DISCHARGE DEBT, ENFORCE NEGOTIABLE INSTRUMENTS,WAIVER OF TORT FOR WRONGFUL DISHONOR OF REMITTANCE AND OTHER HIGH CRIMES

**SPECIAL NOTE:** This Implied agreement is a **CONTRUCTIVE TRUST** in **EQUITY**

I, the undersigned declarant, **Dessalines Sealy & Assigns**, do give this Constructive Notice.

**NOTICE IS HERBY GIVEN** to ANY and ALL Parties, including, but not limited to ALL Foreign and Domestic Corporations, Officers, assigns, agents, actors, employees, public officers, public officials, officers of the court, or representatives in any way thereof, YOU ARE HEREIN GIVEN CONSTRUCTIVE NOTICE OF AN **AFFIDAVIT OF NOTICE OF APPOINTMENT OF FIDUCIARY TO DISCHARGE DEBT, ENFORCE NEGOTIABLE INSTRUMENTS,WAIVER OF TORT FOR WRONGFUL DISHONOR OF REMITTANCE AND OTHER HIGH CRIMES**.

**"The law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a** Public Officer." *Lyle v Arkansas*, 9 Howe 314, 13 L. Ed 153, *Duluth & Iron Range Co. v Roy*, 173 US 587, 19 S. Ct 549, 43 L. Ed 820, and "It is a maxim of the law, admitting few if any exceptions, that every duty laid upon a Public Officer for the benefit of a Private Person is enforceable by judicial process". *Butterworth v US* ex rel. Hoe, 112 US 50, 5 S. Ct 25, 28 L. Ed 656.

This is a **PRIVATE NOTICE not meant to be in PUBLIC RECORDS**. If the trustee adds this constructive trust to the public record **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** are in breach, and they have activated this implied agreement.

I, **Dessalines Sealy**, have done the following as it relates to court case: 1:19-CR-00024-MRB

**Point Number 1** - I, **Dessalines Sealy**, beneficiary has provided the following documents of my status as a Private Citizen to the Trustee(s), **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio**.

a. EXHIBIT A – **AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE** – 5 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153744561, **Vol: MISC Book; 105, Page: 365 by James Cooper, Judge of Probate**

RECEIVED

NOV - 7 2022

1

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

**WARNING     NO TRESSPASSING OF CONSTITUTION PROTECTIONS     WARNING**

b. **EXHIBIT B –MEMORANDUM. OF LAW IN SUPPORT OF AFFIDAVIT OF DENIAL OF CORPORATE EXISTENCE & EXECUTOR LETTER**- 5 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153638127, **Vol: MISC Book; 105, Page: 363 by James Cooper, Judge of Probate**

c. **EXHIBIT: C— AFFIDAVIT OF DECLARATION OF NON-U.S. CITIZEN & DECLARATION OF FOREIGN NEUTRAL IN ITINERE STATUS** – 5 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153691344, **Vol: MISC Book; 105, Page: 364 by James Cooper, Judge of Probate**

d. **EXHIBIT: D— AFFIDAVIT OF DECLARATION OF THE AGE OF MAJORITY AND CLAIM OF OWNERSHIP OF CERTIFICATE OF TITLE WITH ATTACHED BIRTH CERTIFICATE** – 4 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153957429, **Vol: MISC Book; 105, Page: 369 by James Cooper, Judge of Probate**

e. **EXHIBIT: E- CERTIFICATE OF PROOF OF LIFE** - 3 Pages - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153850995, **Vol: MISC Book; 105, Page: 367 by James Cooper, Judge of Probate**

f. **EXHIBIT: F – SWORN OATH** - 3 Pages - to age of majority and in full life - filed on April 2, 2019, at the Macon County Recorder, Instrument ID: 1153797778, **Vol: MISC Book; 105, Page: 366 by James Cooper, Judge of Probate**

I sent back the charging instruments to **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** who are the trustees and I, **Dessalines Sealy** /beneficiary, signed the document making the document and the case my PRIVATE/Trust PROPERTY & the trustee(s) have been tasked for extinguishment, benefit, use, enjoyment and all other equitable relief I am entitled to. The trustee(s) has a fiduciary responsibility to handle all matters of the negotiable instrument as it outlined in Federal law.

## Point Number 2 – I, **Dessalines Sealy** having reached the age of Majority, competent and capable of handling my own affairs, Acting as Executor and Beneficiary of the legal estate of **DESSALINES SEALY**, do hereby appoint **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio**, as Fiduciary/trustee To receive, accept, indorse and negotiate my instrument for collection ensure proper handling and settling of the account, to deposit funds and Credit the Account dollar for dollar for the full value of my presentment for settlement of the account and the release of lien per case # 1:19-CR-00024-MRB at United States District Court of Southern District of Ohio

## Point Number 3 - DEFENDANT MAY TENDER TO THE ATTORNEY WHO BROUGHT THE ACTION THE AMOUNT OF THE DEBT AND COSTS AND SUCH TENDER SHALL BE A BAR TO ANY FURTHER PROCEEDINGS IN THIS CASE – *Attorney was appointed the Fiduciary* - 36. See, e.g., Griffen v. Hart, 26 Wash. 2d 304, 173 P.2d 780 (1946); Thompson v. Crans, 294 Ill, 270, 128 N.E. 508 (1920). 37. N.H. REV. STAT. ANN. § 515.1 (1974) provides: "At any time before the return day of tile writ, the defendant may tender to the attorney who brought the action the amount of the debt and costs and such tender shall

2

**WARNING        NO TRESSPASSING OF CONSTITUTION PROTECTIONS        WARNING**

be a bar to any further proceedings in this case." 38. MONT. REv. CODES ANN. § 58-423 (1969); N.D. CENT. COD7 § 9-12-24 (1975), 39. PA. STAT. ANN. tit. 12 § 1073 (Purdon 1953) states: "Provided that the said defendant or defendants shall be required to keep up said tender at every trial of the action aforesaid, and may pay the money into court, on leave obtained, but shall not be required to preserve, or pay in, the identical money originally tendered." 40. Crain v. McGoon, 86 Il1. 431 (1877). 41. Stallmaker v. Great Am. Ins. Co. of N.Y., 364 S.W.2d 620 (Mo. Ct. App, 1963),

### Title 18 – Part 1 – Chapter 1- Section 1 – Section 8

The term "obligation or other Security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposits, bills, checks, or drafts for money, **drawn by or upon authorized officers of the United States**, stamps and other representatives of value, of whatever denomination, **issued under any Act of Congress** and canceled United States stamps.


## Point Number 4 - As the FIDUCIARY over this account Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio has a FIDUCIARY DUTY to the grantor, grantee/beneficiary, Dessalines Sealy.

**Fiduciary Duties:** fiduciary duties fall into two broad categories: the duty of loyalty and the duty of care. These duties vary with different types of relationships between fiduciaries and their counterparties ('entrustors'). Recently, courts have imposed fiduciary duties on union officers, physicians, and clergymen.
**Fiduciary -** A fiduciary duty is an ethical relationship of confidence regarding the management of money or property between two or more, most commonly a fiduciary and a principal. One party, for example a corporate trust company or the trust department of a bank, holds a fiduciary relation or acts in a fiduciary capacity to another, such as one whose funds are entrusted to it for investment. In a fiduciary relation one person, in a position of vulnerability, justifiably reposes confidence, reliance and trust in another whose aid, advice or protection is sought in some matter. In such a relation good conscience requires one to act at all times for the sole interests of another, with loyalty to those interests.

**63C AM.JUR.2D, PUBLIC OFFICERS AND EMPLOYEES, §247** "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised on behalf of the government or of all citizens who may need the intervention of the officer.

**[1] Furthermore,** the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.

**[2]** That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves.

**[3]** and owes a fiduciary duty to the public.

WARNING    NO TRESSPASSING OF CONSTITUTION PROTECTIONS    WARNING

**[4]** It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

**[5] Furthermore,** it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears **[483 U.S. 372]** in the statute.

- See **[United States v. Dial, 757 F.2d 163, 168 (7th Cir1985)]** the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, the judge, in reference to litigants who appear before him and he deliberately concealed material information from them, he was guilty of fraud. **[McNally v United States 483 U.S.350 (1987)]**

**UCC § 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY.**

(a) In this section:

(1)"Fiduciary" means an agent, trustee, partner, corporate officer or director, or other representative owing a fiduciary duty with respect to an instrument.

(2)"Represented person" means the principal, beneficiary, partnership, corporation, or other person to whom the duty stated in paragraph (1) is owed.

(b) (i) If an instrument is taken from a fiduciary for payment or collection or for value, (ii) the taker has knowledge of the fiduciary status of the fiduciary, and (iii) the represented person makes a claim to the instrument or its proceeds on the basis that the transaction of the fiduciary is a breach of fiduciary duty, the following rules apply:

(1) Notice of breach of fiduciary duty by the fiduciary is notice of the claim of the represented person.

(2) In the case of an instrument payable to the represented person or the fiduciary as such, the taker has notice of the breach of fiduciary duty if the instrument is (i) taken in payment of or as security for a debt known by the taker to be the personal debt of the fiduciary, (ii) taken in a transaction known by the taker to be for the personal benefit of the fiduciary, or (iii) deposited to an account other than an account of the fiduciary, as such, or an account of the represented person.

(3) If an instrument is issued by the represented person or the fiduciary as such, and made payable to the fiduciary personally, the taker does not have notice of the breach of fiduciary duty unless the taker knows of the breach of fiduciary duty.

(4) If an instrument is issued by the represented person or the fiduciary as such, to the taker as payee, the taker has notice of the breach of fiduciary duty if the instrument is (i) taken in payment of or as security for a debt known by the taker to be the personal debt of the fiduciary, (ii) taken in a transaction known by the taker to be for the personal benefit of the fiduciary, or (iii) deposited to an account other than an account of the fiduciary, as such, or an account of the represented person.

4

**WARNING     NO TRESSPASSING OF CONSTITUTION PROTECTIONS     WARNING**

**ELEMENTS OF BREACH OF FIDUCIARY DUTY:**

To prove a breach of fiduciary duty claim, the plaintiff must show: *1. the existence of a fiduciary relationship; 2. a breach of the duty owed; and 3. damages proximately caused by the breach*…See **[Green v. Freeman, 367 N.C. 136, 749 S.E.2d 262, 268 [2013)].**

**Breach of Fiduciary Duty: Remedies**
A plaintiff who prevails in a **breach of fiduciary duty** lawsuit typically will recover for actual damages incurred, but also may **recover punitive damages** if the breach can be proven to have been committed out of malice or fraud.

## Point Number 5 – Constitutional Protection

"The law will protect an individual who, in the prosecution of a right does everything which the law requires him to do but fails to obtain his right by the misconduct or neglect of a public officer." Lyle v Arkansas, 9 Howe 314, 13 L. Ed 153, Duluth & Iron Range Co. v Roy, 173 US 587, 19 S. Ct 549, 43 L. Ed 820, and "It is a maxim of the law, admitting few if any exceptions, that every duty laid upon a public officer for the benefit of a private person is enforceable by judicial process". Butterworth v US ex rel. Hoe, 112 US 50, 5 S. Ct 25, 28 L. Ed 656.

"A ministerial officer is liable for an injury done, where his acts are clearly against the law." Tracy v. Swartwout, 10 Pet. 80, 9 L Ed 354. "The judicially fashioned doctrine of official immunity of judicial, legislative, or executive officers does not reach so far as to immunize criminal conduct prescribed by an Act of Congress." O'Shea v. Littleton, 414 US 488, 94 S Ct. 669,

### NO EMERGENCY OR SPECIAL CIRCUMSTANCES JUSTIFIES A VIOLATION OF ANY CONSTITUTIONAL PROVISION

**ARTICLE FOUR - Section 4.**

The United States shall guarantee to every State in this Union a republican form of government and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

**ARTICLE SIX – Section 2 & 3**

The Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which be made, under the Authority of the United States, shall be the supreme Law of the Land; any Thing in the Constitution of Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

**16Am Jur 2d., Const. Law Sec. 98:**

"While an emergency cannot create power and no emergency justifies the violation of any of the provisions of the United States Constitution or States Constitutions. Public emergency such as economic depression for especially liberal construction of constitutional powers and it has been declared that because of national emergency, it is the policy of the courts of times of national peril, so liberally to

5

WARNING    NO TRESSPASSING OF CONSTITUTION PROTECTIONS    WARNING

construed the special powers vested in the chief executive as to sustain an effectuate the purpose there of, and to that end also more liberally to construed the constituted division and classification of the powers of the coordinate branches of the government and in so far as may not be clearly inconsistent with the constitution."

**(No emergency has just cause to suppress the constitution.)**

**No National emergency or Executive Order, including but not limited to, The Act of October 6th, 1917, as amended [12 USCS Sec, 95a] March 9, 1933, shall nullify any of the Constitutional Protections of this "Trust Estate". "No emergency justifies a violation of any Constitutional provision." 16 Am Jur 2nd Ed. 71, 72 "The prohibitions of the federal constitution are designed to apply to all branches of the national government and cannot be nullified by the executive and senate combined." <u>Reid vs. Covert, ant, U.S. 1, 1 ~ Ed 2nd 1148 (1951)</u>**

## Point Number 6 - § 56 – To Protect and Enforce Rights to Property the Object of Suits in Chancery

The term "property," as used in this section included everything that is the subject of exclusive individual ownership; or, to be more specific, included not only lands, houses, goods, and chattels, rights and credits, but, **ALSO, A MAN'S PERSON**, and his wife and minor children, **AND HIS RIGHT TO WORK**, and **to see and acquire property, and engage in any lawful business**, and **his and their reputation**, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal.

    As men live by their labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of another he should pay or account thereof, unless he can prove it was a gift; and so, whatever injury one person does to another's property or capacity to labor should be made good.

    To declare and define the rights of property, and regulate its tenure, possession, enjoyment and transfer, is the business of the Legislature; and to protect and enforce those rights, compel atonement for their violation, and conform the tenure, possession, enjoyment and transfer of property to the requirements of law and Equity, so that each person may have his own, and no person have what is another's, is the business of the Courts.

    Questions involving partisan politics, denominational religion, ecclesiastical controversies, scientific theories, mere breaches of more rectitude and **VIOLATIONS OF CRIMINAL LAW HAVE NO JURISDICTION OF THEM, UNLESS THEY INVOLVE RIGHTS OF PROPERTY**, and then only as to such rights.

## Point Number 7 – Subrogation in Chancery and Equity Jurisdiction

The Fiduciary/Trustee agrees with the terms of **"Suits for Subrogation and Sureties"**. Subrogation is the substitution of one person is place of a creditor, whose debt he has paid under compulsion no being liable primarily therefor, and to whose rights as to the collection of that debt he, thereupon, succeeds So, **whenever a surety, or other person secondarily liable, discharges a debt, he is entitled to the benefit of all collaterals of liens which the creditor held as security**; and the person secondarily liable is entitle to be subrogate to the rights of the creditor against the person primarily liable. In such cases, Equity regards the payment/tender by the surety, or other person secondarily liable as equivalent to a purchase of the creditor's rights, equities and collaterals as against the debtor primarily liable; and the Court will treat such payor as an assignee of the creditor, to that extent. So, a creditor is entitled to the

**WARNING      NO TRESSPASSING OF CONSTITUTION PROTECTIONS      WARNING**

benefit of any indemnity, or collateral security, given by the debtor to his surety. Where, in any case, one not primarily liable pays a debt, or discharges and encumbrance or lien, being under legal compulsion to do, he will in Equity be substituted to all of the creditor's rights against the person primarily liable.

The following are the most usual cases of substitution and subrogation:

1. Where a surety discharges the debt or obligation of his principal
2. Where a co-surety pays a judgment that is a lien on the other surety's land
3. Where anyone not primarily liable pays the debt or discharges the obligation of the one primarily liable.
4. Where a junior encumbrancer for like reason pays off a prior encumbrance.
5. Where a person advances money to discharge an incumbrance on an agreement that he should succeed to the rights of the encumbrancer.
6. Where any person, for his own protection, or the protection of some interest he represents, pays a debt for which another is primarily liable.

## Point Number 8 – Codified Laws and their definitions and explanations

### 26 U.S Code § 2041 – Powers of appointment

(a) In general - The value of the gross estate shall include the value of all property—
(b) Definitions - For purposes of subsection (a)—
(1) General power of appointment - The term "general power of appointment" means a power which is exercisable in favor of the decedent, his estate, his creditors, or the creditors of his estate; except that—
(A) A power to consume, invade, or appropriate property for the benefit of the decedent which is limited by an ascertainable standard relating to the health, education, support, or maintenance of the decedent shall not be deemed a general power of appointment.

### UNITED STATES CODE – USC - on Legal Tender

### 31 U.S. Code § 5103 - Legal tender

United States coins and currency (including Federal reserve notes and circulating notes of Federal reserve banks and national banks) are legal tender for all debts, public charges, taxes, and dues. Foreign gold or silver coins are not legal tender for debts.

### CODE OF FEDERAL REGULATION - CFR

### 31 CFR § 100.3 - Lawfully held coin and currencies in general.

The official agencies of the Department of the Treasury will continue to exchange lawfully held coins and currencies of the United States, dollar for dollar, for other coins and currencies which may be lawfully acquired and are legal tender for public and private debts. Paper currency of the United States which has been falsely altered and coins altered to render them for use as other denominations will not be redeemed since such currency and coins are subject to forfeiture under Title 18, United States Code, section 492. Persons receiving such currency and coins should notify immediately the nearest local office of the U.S. Secret Service of the Department of the Treasury and hold the same pending advice from the Service.

7

**WARNING        NO TRESSPASSING OF CONSTITUTION PROTECTIONS        WARNING**

_**31 CFR § 1010.100** - General definitions._
**(m) Currency. The coin** and paper money of the United States or of any other country that is designated as **legal tender** and that circulates and is customarily used and accepted as a medium of exchange in the country of issuance. Currency includes U.S. silver certificates, U.S. notes and Federal Reserve notes. Currency also includes official foreign bank notes that are customarily used and accepted as a medium of exchange in a foreign country.

### UCC CODIFIED LAWS - FEDERAL

### § 3-311. ACCORD AND SATISFACTION BY USE OF INSTRUMENT.
**(a)** If a person against whom a claim is asserted proves that (i) that person in good faith tendered an instrument to the claimant as full satisfaction of the claim, (ii) the amount of the claim was unliquidated or subject to a bona fide dispute, and (iii) the claimant obtained payment of the instrument, the following subsections apply.
**(b)** Unless subsection (c) applies, the claim is discharged if the person against whom the claim is asserted proves that the instrument or an accompanying written communication contained a conspicuous statement to the effect that the instrument was tendered as full satisfaction of the claim.

### § 3-603. TENDER OF PAYMENT.
**(a)** If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.
**(b)** If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.
**(c)** If tender of payment of an amount due on an instrument is made to a person entitled to enforce the instrument, **the obligation of the obligor to pay interest after the due date on the amount tendered is discharged.** If presentment is required with respect to an instrument and the obligor is able and ready to pay on the due date at every place of payment stated in the instrument, the obligor is deemed to have made tender of payment on the due date to the person entitled to enforce the instrument.

### § 3-104. NEGOTIABLE INSTRUMENT.
**(a)** Except as provided in subsections (c) and (d), "negotiable instrument" means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:
    (1) is payable to bearer or to order at the time it is issued or first comes into possession of a holder;
    (2) is payable on demand or at a definite time; and
    (3) does not state any other undertaking or instruction by the person promising or ordering payment to do any act in addition to the payment of money, but the promise or order may contain (i) an undertaking or power to give, maintain, or protect collateral to secure payment, (ii) an authorization or power to the holder to confess judgment or realize on or dispose of collateral, or (iii) a waiver of the benefit of any law intended for the advantage or protection of an obligor.

8

WARNING          NO TRESSPASSING OF CONSTITUTION PROTECTIONS          WARNING

**Point Number 9** – Crimes and Torts against the Fiduciary and their penalties and fees. These can occur if **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** fail to Tender Debt for the Property in the Civil Suit.  They will agree via Acquiescence and Tacit Procreation to be responsible for the True Bill as outlined within this agreement and acknowledgement of Tender document.

**ELEMENTS OF DEPRIVATION** - "A Title 42 USC § 1983 claim must present two elements: (1) that there was the deprivation of a right secured by the Constitution and (2) that the deprivation was caused by a person acting under color of state law." [Wittstock v. Mark A. Van Sile, Inc., 330 F.3d 899, 902 (6th Cir. 2003) (quoting Tahfs v. Proctor, 316 F.3d 584, 590 (6th Cir. 2003)].

**CONSPIRACY TO INTERFERE** - 42 U.S. Code § 1985.Conspiracy to interfere with civil rights

> (1) Preventing officer from performing duties
> (2) Obstructing justice; intimidating party, witness, or juror
> (3) Depriving persons of rights or privileges

**CONSPIRACY AGAINST RIGHTS** - 18 U.S. Code § 241. - If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or...

**DEPRIVATION OF RIGHTS** - 18 U.S. Code § 242.Deprivation of rights under color of law - Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both;....

**RACKETEERING ACTIVITY** - 18 U.S. Code § 1961. - (1) "racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, ---- sections 891–894 (relating to extortionate credit transactions), section 1028 (relating to fraud and related activity in connection with identification documents),

**OBSTRUCTION OF PROCEEDING BEFORE DEPARTMENTS, AGENCIES** - 18 U.S. Code  § 1505.Obstruction of proceedings before departments, agencies, and committees - Whoever, with intent to avoid, evade, prevent, or obstruct compliance, in whole or in part, with any civil investigative demand duly and properly made under the Antitrust Civil Process Act, willfully withholds, misrepresents, removes from any place, conceals, covers up, destroys, mutilates, alters, or by other means falsifies any documentary material, answers to written interrogatories, or oral testimony, which is the subject of such demand; or attempts to do so or solicits another to do so; or

Whoever corruptly, or by threats or force, or by any threatening letter or communication influences, obstructs, or impedes or endeavors to influence, obstruct, or impede the due and proper administration

9

**WARNING          NO TRESSPASSING OF CONSTITUTION PROTECTIONS          WARNING**

of the law under which any pending proceeding is being had before any department or agency of the United States,…

**Color of law.** The appearance or semblance, without the substance, of a legal right. The term usually implies a misuse of power made possible because the wrongdoer is clothes with the authority of the state. State action is synonymous with color of state law in the context of federal civil-rights statutes or criminal law. See state Action. Cases: **[Civil Rights 1323. C.J.S Civil Rights 92-94.]**

**Color of law.** The term does not mean actual law but means mere semblance of a legal right. (Kinney Law Dictionary). See **[State ex rel. West v. Des Moines, 96 Iowa, 521, 31 L.R.A. 186, 192, 65 N.W. Rep. 818.]**

| Crime | Code | Penalty Fine |
|---|---|---|
| Elements of Deprivation | 42 USC § 1983 | $250,000.00 |
| Conspiracy to Interfere | 42 U.S. Code § 1985 | $250,000.00 |
| Conspiracy against Rights | 18 U.S. Code § 241. | $250,000.00 |
| Deprivation of Rights | 18 U.S. Code § 242. | $100,000.00 |
| Racketeering Activity | 18 U.S. Code § 1961 | $250,000.00 |
| Obstruction of Proceeding before department, agency | 18 U.S. Code § 1505 | $250,000.00 |
| Criminal Impersonation in 2nd degree | NY Penal Code § 190.25 | |
| Punitive Damages | | $250,000.00 |
| | TOTAL | $1,600,000.00 |
| | Treble Damages    Times 3 | $4,800,000.00 |

**Point Number 10** - Question to addressed by Trustee/Fiduciary

1. Do the trustee(s) **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** have superior title over my BODY & THE CASE # 1:19-CR-00024-MRB which are my PRIVATE PROPERTY?
2. Do you have an affidavit or evidence on the record that, **Dessalines Sealy,** is not the beneficiary?
3. Do you have an affidavit or evidence that you, the trustee(s), **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** are not the TRUSTEE(S)?
4. Do you have an affidavit or evidence that negotiable instrument as presented has flaws?
5. Can the trustee(s) **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** go against their appointed and constitutional fiduciary responsibilities?
6. Can you provide an affidavit stating the you the trustee(s) **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** are not violating your oath of Office?

If the trustee(s) **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** cannot refute the points in this questionnaire and other allegations outlined in this waiver of tort and constructive trust, and you proceed to trespass upon, the beneficiary, **Dessalines Sealy,** you agree by your actions to cause this agreement to go into effect as outlined **in Point Number 11 within this document.**

**WARNING         NO TRESSPASSING OF CONSTITUTION PROTECTIONS         WARNING**

## Point Number 11 – Terms of our Agreement and Implied Contract

1. If any agent, official, representative, sanctioned personnel and or actor for **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio,** the fiduciary, choose to Trespass, Harass, Threaten, Intimidate, Issue Fraudulent Fine, or Deprive me of any Constitutional Protections of this "Organization accepts full liability and agrees to place their Public Bonds, Insurance Policies, all Private Property, Bank Checking Accounts, Bank Saving Accounts, Pensions, 401K's, Investments, Salaries (Accept wage garnishment), and Assets of kind to insure the full compensation of **$4,800,000.00, (One Million Dollars)** to be paid immediately for all Deprivations, injuries, Damages, sustained by me, $10,000,000.00, (Ten Million Dollars) for the continued or repeated injuries,

2. It is therefore, herein DECLARED that an IMPLIED CONTRACT is created and freely and jointly entered into by the parties, in which ANY and ALL Parties are free to choose to become OBLIGATED or not to become obligated of their own free choice or volition, to TRESPASS and cause a TORT or not to TRESPASS, TO INJURE ME A PROPER PARTY, or not to INJURE ME, the proper PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this IMPLIED CONTRACT mutually agreed upon by all parties public and private.

3. This agreement is a waiver of tort, constructive trust, security agreement, mortgage, and implied contract. Dessalines Sealy is the **grantee, grantor, and beneficiary** and **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** is the **trustee.**

**NOTICE IS HEREBY GIVEN**

4. The agency that enters into this agreement willingly by its violation will grant **POWER OF ATTORNEY** to act as debtor's agent and/or attorney-in-fact, irrevocably, with full power of substitution to do the following: **(a)** indorse or otherwise sign, without liability, all documents and instruments, of any type or nature, debtor's signature where debtor's signature is requested for the purpose of authenticating the writing in all commercial activity between debtor and other juristic persons; **(b)** demand, collect, receive, receipt for, sue, and recover all sums of money or other property which may now or hereafter become due, owing, or payable the debtor; **(c)** execute, sign, and indorse any and all claims, instruments, receipts, checks, drafts, or warrants issued in payment for the collateral; **(d)** settle or compromise any and all claims, now existing or hereafter arising, against debtor and/or any collateral; and **(e)** file any claim(s) or take any action or institute or take part in any proceedings, either in his own name or in the name of the debtor, or otherwise, which in the discretion of creditor/beneficiary may seem to be necessary or advisable. In addition, the signature of creditor/beneficiary on any instrument, license, permit, or any document now existing or hereafter arising, upon which the name of the debtor is, howsoever evidenced, is hereby the authorized signature of creditor/beneficiary as agent representing debtor. In addition, the creditor/beneficiary may, on behalf of and in the name of the debtor, receive, open, and dispose of mail addressed debtor, and change any address to which mail and payments are to be sent. This power is given as security for the indebtedness, and the authority hereby conferred is and shall be irrevocable and shall remain in full force and effect until renounced by the creditor/beneficiary in writing.

      a. If **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** activate this constructive trust as outlines in Point 8 section 1, They understand that **Dessalines Sealy,** will be the **ATTORNEY IN FACT AND DEBTORS' AGENT in any AT LAW, PROSECUTION & EQUITY PROCEEDINGS.** While **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** will be alerted to any of legal and lawful proceedings, their voices, documents, pleadings,

affidavits will be mute and muted, and they agree under the terms of this constructive trust that **Dessalines Sealy** will be the only voice in any proceedings as outlined.

  b. And **Ebunoluwa A. Taiwo & Assigns, U.S. Attorney's Office for the Southern District of Ohio** agrees and understands that an affidavit admitting to violation of the trust also breaches and damages will be submitted to GSA, U.S. General Services Administration as evidence in the SF 95 form, **Exhibit G**. The trustee understands that their bond will pay out on the debt immediately.

5. The herein HOLD HARMLESS AND INDEMNITY AGREEMENT is mutually agreed upon and is entered into between **Dessalines Sealy** the juristic per-son/strawman/legal entity/ individual/(one person) corporation, (and/or any derivative thereof), with or without assigned social security account number.

6. FULL ACCEPTANCE IS FINAL AND BINDING TO ALL PARTIES BY SELF EVIDENCE OF AN INJURY OR TRESPASS UPON ME **Dessalines Sealy & Assigns**, OR MY LAWFULLY OWNED PROPERTY BY ANY PARTY.

I affirm that I am of lawful age and competent to make this affidavit, I affirm that all the foregoing is true, correct, certain, and complete to the best of my firsthand knowledge.
Let it be known to all that I, **Dessalines Sealy** explicitly reserves all my rights. Per UCC 1-308 which was formally UCC 1-207.

By _____ Authorized Representative

Dessalines Sealy
(718) 569-7425
Written under the penalties of perjury.
ALL RIGHTS RESERVED UCC 1-207 UCC 1-103
USC Title 28, Section 1746(1)
Executed without the United States… under the
Law of the United States of America

**ACKNOWLEDGMENT**

12

**WARNING      NO TRESSPASSING OF CONSTITUTION PROTECTIONS      WARNING**

## ACKNOWLEDGMENT

STATE OF New York)
               ) SS
COUNTY OF Bronx   )

The foregoing instrument was acknowledged before me this _29th_ day of October 2022, on this day personally appeared before me Dessalines Sealy, known or proved to me to be the individual described in and who executed the within foregoing AFFIDAVIT OF NOTICE OF APPOINTMENT OF FIDUCIARY TO DISCHARGE DEBT, ENFORCE NEGOTIABLE INSTRUMENTS, WAIVER OF TORT FOR WRONGFUL DISHONOR OF REMITTANCE AND OTHER HIGH CRIMES, and acknowledged that he/she signed the same as his/her free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal on: _OCTOBER, 29th, 2022_

_____
Signature

_PAUL F. FEUERSTEIN_
Printed Name

NOTARY PUBLIC for _STATE OF NEW YORK_

Residing at: _1481 LELAND AVE, BRONX, NEW YORK_

My appointment expires on: _09-06-2024_

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19cr24 |
| Plaintiff, | JUDGE Barrett |
| v. | **SUPERSEDING INDICTMENT** |
| **LORIN KAL BUCKNER,**<br>**JOEL HARVEY,**<br>**GARRETT STEVENSON**<br>**DESSALINES SEALY,**<br>a/k/a "Dess." | 18 U. S. C. § 371<br>18 U. S. C. § 1349 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## I. INTRODUCTION

At the specified times and at all times material to the Indictment:

### Relevant Individuals and Entities

1. Defendant **LORIN KAL BUCKNER**, a Southern District of Ohio resident, owned and operated Phoenix Consultants (a/k/a Phoenix Consulting), an Ohio corporation, registered at 10921 Reed Hartman Hwy 237, Cincinnati, OH, as well as Preferred Home Solutions NM, LLC, an Ohio corporation, registered at 8216 Princeton-Glendale Rd. #243, West Chester OH 45069, which purport to provide real estate solutions, credit repair, debt relief, and foreclosure assistance to distressed consumers. **BUCKNER** also served as an affiliate of MVP HOME SOLUTIONS, LLC, a/k/a "Stay In or Walk Away," (hereinafter "MVP HOME SOLUTIONS, LLC") and BOLDEN PINNACLE GROUP CORP., a/k/a Home Advisory Services Network, a/k/a Home Advisory Services Group Inc. (hereinafter "BOLDEN PINNACLE GROUP CORP.") and as such was responsible for recruiting homeowners to the defendant entities in exchange for commissions. In such capacity,

EI 152 919 975 US

acceptance location on or before the specified deposit time, the Postal Service will deliver an attempt delivery to the addressee's agent before the applicable delivery date and time. Mailer may request the addressee's signature from the addressee upon delivery of the item by checking the "signature required" box at the time of mailing. If the Postal Service does not deliver or attempt delivery by the specified time and the mailer files a valid claim for a refund, the Postal Service will refund the postage, unless an exception applies. See *Mailing Standards of the United States Postal Service, Domestic Mail Manual* (DMM®) 604.9.5.5 which is available at pe.usps.com.

**Note:** The Postal Service does not offer money-back guarantee for military or DPO shipments delayed due to customs inspections or the item was destined for an APO/FPO/DPO that was closed on the intended day of delivery or the delay was caused by one of the situations in DMM 604.9.5.5. Consult USPS.com® or your local Post Office for information on delivery commitments and Priority Mail Express Military Service (PMEMS). For details, see DMM 703.2.6, which is available at pe.usps.com.

When a mailer submits a Priority Mail Express item requiring a signature and the Postal Service cannot deliver the item on the first attempt, the Postal Service leaves a notice for the addressee. If the addressee does not claim the item within 5 calendar days, the Postal Service returns the item to the sender at no additional charge.

**Insurance coverage:** The Postal Service provides insurance in accordance with postal regulations in the DMM, which is available at pe.usps.com. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. Certain items are not insurable. The DMM consists of federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who requires information on Priority Mail Express insurance may contact the Postal Service before submitting an item. Limitations prescribed in the DMM provide, in part, that:

1. Insurance coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.

2. The Postal Service insures the contents of Priority Mail Express "merchandise" items (with "merchandise" defined by postal regulations) against loss, damage, or missing contents. The Postal Service includes coverage up to $100 per mailpiece at no additional charge. Additional merchandise insurance up to $5,000 per mailpiece may be available for purchase. Additional insurance for Priority Mail Express items is not available unless a signature is required.

3. The Postal Service insures "nonnegotiable documents" (as defined by postal indemnity regulations) against loss, damage, or missing contents up to $100 per mailpiece for document reconstruction, subject to additional limitations for multiple places lost or damaged in a single catastrophic occurrence. Document reconstruction insurance provides reimbursement for the reasonable costs incurred in reconstructing duplicates of nonnegotiable documents mailed. Document reconstruction insurance coverage above $100 per mailpiece is not available. The mailer should not attempt to purchase additional document insurance, because additional document insurance is void.

4. The Postal Service insures "negotiable items" (defined by postal regulations as items that can be converted to cash without forgery), currency, or bullion up to a maximum of $15 per mailpiece.

5. The Postal Service does not provide coverage for consequential losses due to loss, damage, or delay of Priority Mail Express items or for concealed damage, spoilage of perishable items, and articles improperly packaged or too fragile to withstand normal handling in the mail. *Coverage, terms, and limitations are subject to change. For additional limitations and terms of coverage, consult the DMM, which is available at pe.usps.com.*

**Indemnity Claims (Loss, Damaged or Missing Contents):** Either the mailer or the addressee may file an indemnity claim for loss, damaged or missing contents. The claimant may submit the claim online at usps.com, or by mail; for more information see Publication 122, *Domestic Claims, Customer Reference Guide*. The timelines for claims are as follows: claims for loss – no sooner than 7 days but no later than 60 days after the date of mailing; claims for damage or missing contents – immediately but no later than 60 days from the date of mailing. Retain the original USPS retail receipt or eReceipt/electronic receipt for claims purposes. For claims involving damage or missing contents, also retain the article, container, and packaging for Postal Service inspection when requested.

**Refund of Postage and Fees (Service Performance):** If delivery of a Priority Mail Express (PME) item does not meet the scheduled delivery commitment(s), online and commercial customers may submit a refund request either online at USPS.com or at retail locations. Retail customers may submit a refund request by visiting USPS.com. Refund requests for postage must be submitted no sooner than 2 days and no later than 30 days from the date of the mailing; Extra Services fees refund requests must be submitted no sooner than 30 days and no later than 60 days from the date of mailing. Each tracking number can only be submitted once for all applicable refunds. Refund requests for PME and PME with Extra Services must be combined into a single submission.

*Thank you for choosing Priority Mail Express service.*

**Tracking:** For USPS Tracking, scan the QR Code below or go to USPS.com or call 800-222-1811



EI 152 919 975 US
Priority Mail Express tracking number

LABEL 11-B MAY 2021 PSN 7690-02-000-9996

---

**UNITED STATES POSTAL SERVICE**

Certifica... Ma...

POSTAGE PAID
$1.75

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may not be used for domestic and international mail.

From: Dessalines Seau
170 Vernon Avenue
Suite 1
Brooklyn, New York 11206

To: Ebongiuwa A. Tanyo
U.S. Attorney's Office for the Southern District of Ohio
221 E. Fourth Street - Suite 400
Cincinnati, Ohio 45202

Postmark Here

PS Form 3817, April 2007 PSN 7530-02-000-9065