IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| DESSALINES SEALY, | : |
| Plaintiff, | : |
| v. | : Case No. 1:22-cv-651 |
| MICHAEL BARRETT, *et al.*, | : Judge Jeffery P. Hopkins |
| Defendants. | : |

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |
| X | **Decision by Court.** | This action was decided by the Court without a trial or hearing. |

**IT IS ORDERED AND ADJUDGED** that pursuant to the April 3, 2023 Opinion and Order, the Magistrate Judge's December 22, 2022 Report and Recommendation is **ADOPTED** in its entirety, and Plaintiff's Complaint (Doc. 4) is **DISMISSED** with prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. The Court accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*.

Dated: April 3, 2023

Richard W. Nagel, Clerk of Court
By: */s/ Karli Colyer*
    Deputy Clerk